**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Thomas D. Brown, Sr
of the Department of Treasury
1500 Pennsylvania Ave., NW
Washington, D.C. 20220

Civil Action, File Number __CA-07-0509 RMU__

__Thomas D. Brown, Sr.__
V.
__Henry M. Paulson, Jr. Sect.__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within [...] rpose. Keep copy 3 for your records.

[...]NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [...] other entity, you must indicate under signature your relationship to that entity. If [...] authorized to receive process, you must indicate under your signature your authority.

[...] 2 of this form to the sender within ___ days, you (or the party on whose behalf you [...] incurred in serving a summons and complaint in any other manner permitted by law.

[...] f this form, you (or the party on whose behalf you are being served) must answer the [...] were sent. If you fail to do so, judgment by default will be taken against you for the

Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

OF RECEIPT OF SUMMONS AND COMPLAINT
ved a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

**RECEIVED**
APR 4 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299 (Rev. 6/95)