UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. BROWN, Sr.,  )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　)<br>HENRY M. PAULSON, Jr., Secretary )<br>United States Department of the Treasury, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　　)<br>　　　　　　　　　　　　　　　　　)  | Case Number:  1:07CV0509 (RMU) |

**NOTICE OF APPEARANCE**

　　　The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendant in the above-captioned action.

Dated: May 24, 2007　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　 /s/ Robin M. Meriweather
　　　　　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER, D.C. Bar. # 490114
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　Phone: (202) 514-7198
　　　　　　　　　　　　　　　　　　　　Fax: (202) 514-8780
　　　　　　　　　　　　　　　　　　　　Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2007, I caused the foregoing Notice of Appearance to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

THOMAS D. BROWN, SR.
3162 17th Street, NW
Washington, DC 20010-2748

    /s/  *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114