**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THOMAS D. BROWN, Sr. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HENRY M. PAULSON, Jr., Secretary ) <br> United States Department of the Treasury, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case Number: 1:07CV0509 (RMU) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND FOR LEAVE OF COURT TO REQUEST ENLARGEMENT OF TIME**

Defendant Henry M. Paulson, Jr., Secretary, United States Department of Treasury ("DOT"), through undersigned counsel, hereby respectfully moves for an enlargement of time of 24 days, up to and including June 22, 2007, in which to move, answer or otherwise respond to Plaintiff's complaint, and seeks leave of Court to submit this enlargement motion less than four business days prior to the current deadline for Defendant's answer or other responsive pleading. Defendant's response would otherwise be due May 29, 2007. Although the terms of Local Rule 7(m) do not require consultation with pro se parties, counsel for Defendant attempted to contact plaintiff to seek his position on this enlargement motion. However, neither of the phone numbers listed in the documents attached to the Complaint reached plaintiff, and the undersigned therefore was unable to confer with plaintiff. In support of this motion, Defendant states as follows:

This is an employment discrimination action, filed by an employee of the Department of the Treasury. Plaintiff raises claims of retaliation and race, age, and disability discrimination.

To prepare an answer, or otherwise respond to plaintiff's complaint, the undersigned must consult with agency counsel concerning the factual allegations raised in plaintiff's complaint and the facts that support any defense USDA may raise. The undersigned also must review the relevant portions of the record of the administrative proceedings. Counsel for Defendant needs additional time to complete that factual investigation and review of the record, and to prepare Defendant's responsive pleading.

The undersigned also seeks leave of Court to submit this enlargement motion less than four business days in advance of the current deadline. The undersigned Assistant United States Attorney recently learned that Defendant's prior understanding of the relevant facts was partially incorrect, and that agency counsel therefore would be unable to provide the information and materials necessary to submit Defendant's responsive pleading on the current deadline of May 29, 2007. Because the undersigned previously believed Defendant could submit its responsive pleading by May 29, 2007, the undersigned did not submit this enlargement motion four business days in advance of the current deadline.

Defendant has not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendant an additional 24 days to answer plaintiff's Complaint should cause no prejudice.

An order granting the relief sought is attached hereto.

Dated: May 24, 2007                    Respectfully submitted,


                    /s/ Jeffrey A. Taylor     by MJ

                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                    United States Attorney


                    /s/ Rudolph Contreras     by MJ
                    RUDOLPH CONTRERAS, D.C. BAR #434122
                    Assistant United States Attorney


                    /s/ Robin M. Meriweather
                    ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                    Assistant United States Attorney
                    555 Fourth St., N.W.
                    Washington, D.C. 20530
                    Phone: (202) 514-7198
                    Fax: (202) 514-8780
                    Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2007, I caused the foregoing Motion for Extension of Time to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

THOMAS D. BROWN, SR.
3162 17th Street, NW
Washington, DC 20010-2748

             /s/ *Robin M. Meriweather*
            ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
THOMAS D. BROWN, Sr.            )
                                )
            Plaintiff,          )
                                )
    v.                          )    Case Number:  1:07CV0509 (RMU)
                                )
HENRY M. PAULSON, Jr., Secretary )
United States Department of the Treasury, )
                                )
            Defendant.          )
                                )
_____ )

**ORDER**

Upon consideration of Defendant's Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint be and is hereby GRANTED.

It is further ORDERED that Defendant shall submit an Answer or otherwise respond to Plaintiff's Complaint by June 22, 2007.

SO ORDERED.

_____
United States District Judge