RECEIVED
JUL 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THOMAS D. BROWN, SR., Photoengraver )
United States Department of the Treasury, )

Plaintiff, )

Vs. ) **Case Number: 1:07CV0509 (RMU)**

HENRY M. PAULSON, JR., Secretary )
United States Department of the Treasury, )

Defendant. )

**MOTION FOR ENLARGEMENT OF TIME, AND TO PROCEED WITH DISCOVERY ON THE ABOVE CAPTURED MATTER, BY AMENDING PLAINTIFF'S COMPLAINTS**

Thomas D. Brown, Sr., Disable Journeyman, Photoengraver, Referred to as 'Plaintiff' for The United States Department of Treasury ("DOT"), through undersigned counsel, hereby respectfully moves for an enlargement of time of 30 days, up to and including August 23, 2007 or the Discovery period in which to move, answer or otherwise respond to defendant, and seeks leave of Court to submit this enlargement motion days prior to the current deadline for Defendant's answer or other responsive pleading. Defendant's response would otherwise be due May 29, 2007. Although the terms of Local Rule 7(m) do not require consultation with pro se parties, counsel for Plaintiff attempted to contact Defendant to seek his position on this enlargement motion. However, neither of the phone numbers listed in the documents attached to the Judge reached Defendant, and the undersigned Plaintiff therefore was unable to confer with Defendant. In support of this motion, 'Plaintiff' states as follows:

This is an employment discrimination action, filed by The Plaintiff an employee of the Department of the Treasury. Plaintiff raises claims of retaliation and race, age, and disability discrimination under the umbrella of title 7 and the Family Medical Leave Act (FMLA)

To prepare an answer, or otherwise respond to Plaintiffs complaint, the Defendant did not properly consult with agency counsel concerning the factual allegations raised in plaintiffs complaint and the facts that support Plaintiff's Complaint, that was raise. Also, The undersigned for the Defendant did not review the relevant portions of the record of the administrative proceedings. Therefore, The Defendant is in violating of his (Plaintiff) Civil Rights according to the rules and regulations of Title 7 and Statues .The Counsel for Defendant was granted additional time to complete that factual investigation and review of the record, and to prepare for his answer pleading.

The undersigned also seeks leave of Court to submit this enlargement motion less than four business days in advance of the current deadline. The undersigned Assistant United States Attorney recently learned that Defendant's prior understanding of the relevant facts was partially incorrect, and that the agency counsel therefore would be unable to provide the information and materials necessary to submit Defendant's responsive pleading on the current deadline of May 29, 2007. Because the Plaintiff previously believed Defendant could have submitted its responsive pleading by May 29, 2007, the undersigned did not submit this enlargement motion until four business days in advance of the current deadline 'Plaintiff' has not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Plaintiff an additional 30 days to answer any response to his Complaint, because the Defendant have prejudice this case. An order granting the relief sought is attached hereto.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THOMAS D. BROWN, SR., Photongraver
United States Department of the Treasury, )

Plaintiff, )

VS. ) Case Number: 1:07CV0509 (RMU)

)
HENRY M. PAULSON, Jr., Secretary )
United States Department of the Treasury, )

Defendant. )

**COURT ORDER**

Upon consideration of Plaintiff's Motion for Extension of Time and conducting Discovery by Amending his Complaint to File Answer or Otherwise Respond to Defendant's answer, it is on this ________________________________ day of ___________ , 2007,

ORDERED that Plaintiff's Motion for Extension of Time and conducting Discovery by Amending of his Complaints to File Answer or Otherwise Respond to Defendant's USDA Answer be and is hereby GRANTED.

It is further ORDERED that Plaintiff shall submit an Answer or otherwise respond to Defendant's Answer by end of the Discovery period of August 23, 2007.

SO ORDERED BY JUDGE:

_______________________________________
United States District Judge

HP Officejet 73xx Series
Personal Printer/Fax/Copier/Scanner

Log for
William Shadonne Harris
301-627-3419
Jul 23 2007 12:29PM

## Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Jul 23 | 12:28PM | Fax Sent | 2025148780 | 0:58 | 4 | OK |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

**THOMAS D. BROWN, SR.,**
**3162 17TH STREET N.W.**
**WASHINGTON, D.C. 20010-2748**

**PLAINTIFF,**

**VS.** **Civil Action No.**

**HENRY M. PAULSON, JR.,**
**SECRETARY**
**UNITED STATES TREASURY**
**DEPARTMENT**
**1500 PENNSYLVANIA AVENUE,**
**NW, WASHINGTON, D.C. 20220**

**DEFENDANT.**

## PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

### I.

### INTRODUCTION

1. This is a complaint for injunctive and declaratory relief brought by the Plaintiff, for a violation of his civil rights under the provisions of Title VII. In particular Plaintiffs claim of reprisal arises out of the Defendant's acts of reprisal taken against him for filing a complaint of discrimination with the Office of Equal Employment Opportunity. Plaintiff also brings this action for the Defendant's failure to accommodate his disability in violation of his rights under the Americans with disabilities Act, and the Family Medical Leave Act (FMLA)

II.

**JURISDICTION**

2. The jurisdiction of this honorable court is invoiced pursuant to the provisions of:

(a) 28 U.S.C.§ 1331 in that this case rises under the laws and constitution of the United States.

(b) 42 U.S.C.§ 2000e-16 in that this case is brought to preserve Plaintiffs civil rights under the provisions of the 1964 Civil Rights Act and one hundred and eighty days have lapsed since the filing of his EEO Complaint.

(c) 29 U.S.C. sec. in that this action is brought to preserve Plaintiff's civil rights under the provisions of American's with Disabilities Act...

(d) 5 U.S.C.-6381-6387 et seq. The statutory provisions are set fourth Regulations Promulgated 5 U.S. C .-6381 et seq. Regulations Promulgated by OPM. Are set fourth in 5CFR-630. 1201, 1202, 1203, (A)(4) 1205.... (FMLA) Family Medical Leave Act and LMR....

III.

**PARTIES**

3. Plaintiff, Thomas D. Brown, Sr., is a black male employee who is employed as a Journeyman Photoengraver in the Engraving and Plating section of the United States Department of the Treasury, Bureau of Engraving and Printing. Plaintiff was SEPERATED from service on June 18, 2004-October 5, 2005

4. Defendant, Henry M. Paulson, Jr., is the Secretary of the Department of the Treasury and in such position is responsible for all administrative and personnel decisions of the Department.

_______________________ Date: July 23, 2007

Thomas D. Brown, Sr., Disable and Retired
Photoengraver/ IPS
Independent Paralegal Specialist
3162 17th Street North West,
Washington, District of Columbia, 20010-2748
(202) 518-5553
(301) 237-1590

## CERTIFICATE OF SERVICE

I(Thomas D. Brown, Sr). hereby certify that on this 23 day of July, 2007, I caused the foregoing Motion for Extension of Time and to conduct Discovery as well as Amend 'Plaintiff' Complains was sent, Fax, served and Delivered to the Defendant by hand delivery and Certified Mail to Robin M. Meriweather, Assistant United States Attorney at 555 Fourth Street, N.W. Washington, D.C. 20530. Phone: 202-514-7198, Fax: 202-514-8780

Respectfully submitted,

_______________ Date July 23, 2007

Thomas D. Brown, Sr. Photoengraver, 301-2371590

3162 17th Street, N.W.

Washington, D.C. 20010-2748