UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. BROWN, SR., *PHOTOENGRAVER* )<br>UNIITED STATES DEPARTMENT OF TREASURY )<br>3162 17TH STREET NORTH WEST )<br>WASHINGTON, DISTRICT OF COLUMBIA 20010 )<br>PHONE NUMBER 301-627-3419 OR 301-237-1590 )<br>)<br>    PLAINTIFF, )<br>VS. )<br>)<br>)<br>HENRY M. PAULSON, JR., *SECRETARY* )<br>UNIITED STATES DEPARTMENT OF TREAUSURY )<br>1500 PENNSYLVIANIA AVENUE, NORTH WEST )<br>WASHINGTON, DSTRICT OF COLUMIA 20220 )<br>PHONE NUMBER 202- 622-2000 )<br>)<br>    DEFENDANT. )<br>_____ ) | Case Number: 1:07CV0509 (RMU)<br>Thursday, August 24, 2007 |

MOTION FOR EAVE OF COURT, AND TO OBTAINE "CM/ECM PASSORD,"
CONSENT FOR ELECTRONIC SERVICES OF ALL COURT DOCUMENTS

Pursuant to the procedures set forth in this rule constitute filing for all purposes under the

Federal Rules of Civil Procedures and Local Rules of this Court, The documents consist of the

above captured mater for the following information: Past and Present, Motions, Pleadings,

Amendments, Discoveries, Settlements, that is in accordance with LCvR 5.1a,b,c,d,e,f,g,

h,I,1-4,LCvR5.2a,b,c, LCvR 5.3, LCvR 5.4a, b1-6, c1-3, d1,2, e1-3, f1-4, g1-3, LCvR 7a,b,c,d,.

**RECEIVED**

AUG 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_Thomas D. Brown, Sr._   Date: _August 23, 2007_

Thomas D. Brown, Sr., Disable and Retired

Photoengraver/ IPS

Independent Paralegal Specialist

3162 17th Street North West,

Washington, District of Columbia, 20010-2748

(202) 518-5553

(301) 237-1590

## CERTIFICATE OF SERVICE

I(Thomas D. Brown, Sr). hereby certify that on this 24 day of August, 2007, I caused the foregoing Motion for Leave of Court to Consent by obtaining a password for Electronic Filing and Training of 'Plaintiff' Complains was sent, Fax, served and Delivered to the Defendant by hand delivery and Certified Mail to Robin M. Meriweather, Assistant United States Attorney at 555 Fourth Street, N.W. Washington, D.C. 20530. and at The United States Court for the District of Columbia at 333 Constitution Avenue, N.W. Washington D.C. 2003. Phone: 202-514-7198, Fax: 202-514-8780 and 202-354-3000

                        Respectfully submitted,

_____ Date: August 23, 2007
Thomas D. Brown, Sr. Photoengraver, 301-2371590 or 202-518-5553

                  Email address: toobadblessingred@yahoo.com

3162 17th Street, North West Washington, District of Columbia, 20010-2748

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. BROWN, SR., Photoengraver United States Department of the Treasury, ) | |
| Plaintiff, ) | |
| VS. ) | Case Number: 1:07CV0509 (RMU) |
| ) | |
| HENRY M. PAULSON, JR., Secretary ) United States Department of the Treasury, ) | |
| Defendant. ) | |

### COURT ORDER

Upon consideration of Plaintiff's Motion for Leave of Court and Consent to Electronic Filing by obtaining password and Training for all Court Document and Proceedings, it is on this_____day of_____, 2007,

ORDERED that Plaintiff's Motion for Leave of Court and Consent of Electronic Filing on all and any Court Documents by Motion, Pleadings, Amendments, Discovery, Settlements, and all other Procedure Proceedings of his Complaints to File an Answer or Otherwise Respond to Defendant's USDA Answer be and is hereby GRANTED.

It is further ORDERED that Plaintiff shall submit as well as except any correspondence by Electronic Filings and by(Emergency) Certified Mail receipt, Personal Mail Delivery, or First Class Mail receipt

IT IS SO ORDERED BY JUDGE:

_____
**United States District Judge**