UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THOMAS D. BROWN, Sr. :
:
Plaintiff, :
:
v. : Civ. No.: 07-0509 (RMU)
:
HENRY M. PAULSON, Jr., Secretary :
United States Department of the Treasury, :
:
Defendant. :

## CIVIL SCHEDULING ORDER

In order to manage this case in a manner consistent with the highest quality of justice, it is this 10th day of September 2007,

**ORDERED** that the parties file:

Pre-discovery dispositive motions on or before September 25, 2007;

Oppositions to pre-discovery dispositive motions on or before October 25, 2007;

Replies in support of pre-discovery dispositive motions on or before October 31, 2007;

Proponent's Rule 26(a)(2)(B) Statement on or before November 12, 2007;

Opponent's Rule 26(a)(2)(B) Statement on or before December 12, 2007; and it is

**FURTHER ORDERED** that:

Discovery shall commence on December 12, 2007, and shall continue for five months thereafter, closing on May 12, 2008;

Post-discovery dispositive motions shall be filed no later than 60 days after the close of discovery, July 11, 2008;

Oppositions to post-discovery dispositive motions shall be filed within 30 days after service of the motions, August 11, 2008;

Replies regarding post-discovery dispositive motions shall be filed within 21 days of service of the oppositions, September 1, 2008;

**ORDERED** that this case be set for an interim status conference on May 5, 2008 at 10:45 a.m.; and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge