United States District Court
for the District of Columbia

Thomas D. Brown, Sr.
United States Department of Treasury

Plaintiff,

vs.                                     Case # 07-0509(RMU)

Henry M. Paulson, Jr.
United States Department of Treasury

Defendant

ERRATA

I am Amending a Certificate of Service to my Proposed Court Order Case Number 07-CV0509(RMU)

RECEIVED
SEP 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Henry M. Brown

## **CERTIFICATE OF SERVICE**

I(Thomas D. Brown, Sr). hereby certify that on this 24 day of September 21, 2007, I caused the foregoing Rule 16.3 and 5US-6381/5CFR-630 FMLA Motion for 'Plaintiff's Complains was sent, Fax, served and Delivered to the Defendant by hand delivery and Certified Mail to Robin M. Meriweather, Bar # 490114 Assistant United States Attorney at 555 Fourth Street, N.W. Washington, D.C. 20530, at The United States Court for the District of Columbia at 333 Constitution Avenue, N.W. Washington D.C. 2003. Phone: 202-514-7198, Fax: 202-514-8780 and 202-354-3000

Respectfully submitted,

_____ Date: _____
Thomas D. Brown, Sr. Photoengraver, 301-2371590 or 301-627-3419

Email address: toobadblessingred@yahoo.com

3162 17th Street, North West Washington, District of Columbia, 20010-2748

Certificate of Service

I, Thomas D. Brown, Sr. certify, on this 21st day of September, I caused the foregoing Rule 1603 and 5 USC-6381/5CFR-630 FMLA Motion Plaintiff's Complaint was, sent, Fax, served and delivered to the defendant by hand delivery and Certified Mail to Robin M. Merewether, AUSA at 555 Forth Street, N.W. Washington, DC 20530.

Thomas D. Brown, Sr.
9-21-2007