**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THOMAS D. BROWN, Sr. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HENRY M. PAULSON, Jr., Secretary )<br>United States Department of the Treasury, )<br>)<br>Defendant. )<br>)<br>) | Case Number: 1:07CV0509 (RMU) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND FOR SUMMARY JUDGMENT AND FOR LEAVE OF COURT TO REQUEST ENLARGEMENT OF TIME**

Defendant Henry M. Paulson, Jr., Secretary, United States Department of Treasury ("DOT"), through undersigned counsel, hereby respectfully moves for an enlargement of time of 2 days, up to and including November 2, 2007, in which to submit a reply in support of its motion to dismiss and for summary judgment. Defendant also seeks leave of Court to submit this enlargement motion less than four business days prior to the current deadline for Defendant's reply brief. Defendant's response would otherwise be due October 31, 2007. Although the terms of Local Rule 7(m) do not require consultation with pro se parties, counsel for Defendant contacted Plaintiff to seek his position on this enlargement motion, and Plaintiff indicated that he does not oppose the enlargement of time.

This is an employment discrimination action, filed by an employee of the Department of the Treasury. Plaintiff raises claims of retaliation and race, age, and disability discrimination. On

September 25, 2007, Defendant filed a motion to dismiss in part and for partial summary judgment.

Counsel for Defendant seeks a two-day enlargement because she needs additional time to prepare Defendant's reply brief. Although the docket sheet indicates that Plaintiff's opposition was filed October 25, 2007, the opposition was entered into the ECF system and served electronically October 29, 2007. Plaintiff faxed a copy of the opposition to counsel for Defendant on October 26, 2007; however counsel for Defendant was out of the office on sick leave, and did not receive that copy until she returned on October 29, 2007. Counsel for Defendant does not anticipate that she will be able to complete Defendant's reply brief, and submit it to the agency for review, within the two days that are remaining in the current briefing schedule. In addition, counsel for Defendant has two summary judgment motions due October 31, 2007, in another matter.

The undersigned also seeks leave of Court to submit this enlargement motion less than four business days in advance of the current deadline. On October 25, 2007, the undersigned Assistant United States Attorney was not aware that Plaintiff had filed and served the opposition brief, or that she would become ill and take sick leave October 26, 2007. Accordingly, the undersigned did not submit this enlargement motion on that day, which would have been four business days in advance of the current deadline. The need for the enlargement first became clear today, October 29, 2007, when the undersigned returned to the office and discovered that Plaintiff had filed an opposition brief.

Defendant has not previously requested that this Court enlarge the time for filing this reply and has sought one prior enlargement of time (pertaining to the Answer).  There are no pending deadlines or court dates that this request for enlargement would affect.  Granting Defendant an additional 2 days to answer plaintiff's Complaint should cause no prejudice.

An order granting the relief sought is attached hereto.

Dated: October 29, 2007                                         Respectfully submitted,


      /s/ Jeffrey A. Taylor     by RMM
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


      /s/ Rudolph Contreras     by RMM
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


      /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of October, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system, or, should I receive notice that e-service failed, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

THOMAS D. BROWN, SR.
3162 17th Street, NW
Washington, DC 20010-2748

          /s/  *Robin M. Meriweather*
      ROBIN M. MERIWEATHER, D.C. Bar # 490114

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                                    )
THOMAS D. BROWN, Sr.                       )
                                                                    )
        Plaintiff,                                     )
                                                                    )
  v.                                                         )   Case Number:  1:07CV0509 (RMU)
                                                                    )
HENRY M. PAULSON, Jr., Secretary       )
United States Department of the Treasury,  )
                                                                    )
        Defendant.                                  )
                                                                    )
_____)

**ORDER**

     Upon consideration of Defendant's Motion for Extension of Time to File Reply In Support of Motion to Dismiss or for Summary judgment, it is this _____ day of _____, 2007,

     ORDERED that Defendant's Motion for Extension of Time be and is hereby GRANTED.

     It is further ORDERED that Defendant shall submit its Reply brief by November 2, 2007.

     SO ORDERED.

                                                                      _____
                                                                        United States District Judge