UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. BROWN, Sr. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HENRY M. PAULSON, Jr., Secretary ) <br> United States Department of the Treasury, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case Number: 1:07CV0509 (RMU) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE/REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND FOR SUMMARY AND FOR LEAVE OF COURT TO REQUEST ENLARGEMENT OF TIME**

Defendant Henry M. Paulson, Jr., Secretary, United States Department of Treasury ("DOT"), through undersigned counsel, hereby respectfully moves for an enlargement of time in which to submit a response or reply to Plaintiff's "Response to Defendant's Motion to Dismiss and for Summary Judgment." (Dkt. Entry ). Defendant requests that its response to that filing, should any be required, be due December 4, 2007. Defendant also seeks leave of Court to submit this enlargement motion less than four business days prior to the current deadline for Defendant's response or reply. It is not clear whether the rule setting deadlines for reply briefs applies in this context, because Defendant already filed a reply brief in connection with its motion to dismiss in part and for partial summary judgment, and Plaintiff's most recent filing appears to be an unauthorized surreply. However if that rule governs this deadline, Defendant's response to Plaintiff's 'response' would be due November 23, 2007. Although the terms of Local Rule 7(m) do not require consultation with pro se parties, counsel for Defendant contacted Plaintiff via

electronic mail to seek his position on this enlargement motion, but Plaintiff had not responded as of the time this motion was filed.

This is an employment discrimination action, filed by an employee of the Department of the Treasury. Plaintiff raises claims of retaliation and race, age, and disability discrimination. On September 25, 2007, Defendant filed a motion to dismiss in part and for partial summary judgment. See Dkt. Entry 16. Plaintiff submitted an opposition on October 25, 2007, and Defendant submitted its reply on November 2, 2007. See Dkt. Entry 21. On November 13, 2007, Plaintiff submitted another "response" to Defendant's motion, which appears to be a surreply. See Dkt. Entry 22.

Counsel for Defendant seeks an enlargement because this case is being assigned to a new Assistant United States Attorney, who will need additional time to prepare Defendant's response to the surreply, should any response be necessary. That new Assistant United States Attorney will have to review the case file and Defendant's prior memoranda of law before preparing a response to Plaintiff's most recent filing. It is unlikely that the new Assistant United States Attorney would be able to complete those tasks and prepare the response by November 23, 2007, particularly in light of the Thanksgiving holiday.

The undersigned also seeks leave of Court to submit this enlargement motion less than four business days in advance of the current deadline. As noted, it is unclear whether November 23, 2007 is the deadline for Defendant's response, as Plaintiff's filing appears to be an unauthorized surreply. However, if the rule for calculating deadlines for reply briefs governs this motion, November 23, 2007 would be the deadline for Defendant's reply, making November 16, 2007 the date on which an enlargement motion was due. However, Plaintiff's response was not

entered into the ECF system until the afternoon of November 16, 2007, and the undersigned was in a deposition on that date. As a result, the undersigned could not submit this enlargement motion on November 16, 2007.

Defendant has not previously requested that this Court enlarge the time for filing this reply and has sought two prior enlargements of time (one pertaining to the Answer and one seeking a 2-day enlargement of time to submit a Reply to the motion for partial dismissal and partial summary judgment). There are no pending deadlines or court dates that this request for enlargement would affect. Granting this enlargement should cause no prejudice.

An order granting the relief sought is attached hereto.

Dated: November 19, 2007                    Respectfully submitted,


                                                                      /s/ Jeffrey A. Taylor     by RMM
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


                                                                      /s/ Rudolph Contreras     by RMM
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


                                                                       /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 19th day of November, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system, or, should I receive notice that e-service failed, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

THOMAS D. BROWN, SR.
3162 17th Street, NW
Washington, DC 20010-2748

                                        /s/ *Robin M. Meriweather*
                                    ROBIN M. MERIWEATHER, D.C. Bar # 490114

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                                    )
THOMAS D. BROWN, Sr.                            )
                                                                    )
            Plaintiff,                                           )
                                                                    )
    v.                                                           )   Case Number:  1:07CV0509 (RMU)
                                                                    )
HENRY M. PAULSON, Jr., Secretary         )
United States Department of the Treasury,  )
                                                                    )
            Defendant.                                        )
                                                                    )
_____)

**ORDER**

Upon consideration of Defendant's Motion for Extension of Time to File Reply In Support of Motion to Dismiss or for Summary judgment, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion for Extension of Time be and is hereby GRANTED.

It is further ORDERED that Defendant shall submit its response to Plaintiff's Response (Dkt. Entry 22) on or before December 4, 2007.

SO ORDERED.

                                                                                    _____
                                                                                    United States District Judge