# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. BROWN, Sr., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:07CV0509 (RMU) |
| | ) |
| HENRY M. PAULSON, Jr., Secretary | ) |
| United States Department of the Treasury, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood and remove the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendant in the above-captioned action.

Dated: November 27, 2007          Respectfully submitted,


          /s/ Christopher B. Harwood
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 307-0375
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of November, 2007, I caused the foregoing Notice of Substitution of Counsel to be filed via the Court's Electronic Case Filing system, and to be served upon Plaintiff by first-class mail, postage prepaid, addressed as follows:

THOMAS D. BROWN, SR.
3162 17th Street, NW
Washington, DC 20010-2748


    /s/   Christopher B. Harwood
CHRISTOPHER B. HARWOOD