UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. BROWN, Sr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0509 (RMU) |
| ) | |
| HENRY M. PAULSON, Jr., Secretary, ) | |
| United States Department of the Treasury, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT'S
PARTIAL MOTION TO DISMISS OR, IN THE ALTERNATIVE,
FOR SUMMARY JUDGMENT**

On September 25, 2007, pursuant to this Court's September 10, 2007 Scheduling Order, Defendant filed a pre-discovery dispositive motion in which it moved against many of the claims asserted by Plaintiff in his Complaint ("Defendant's motion"). Defendant's motion is fully briefed.

In its motion, Defendant argued that Plaintiff's employment discrimination claims based on events that occurred in or before 2001 are barred by the doctrines of res judicata and/or collateral estoppel. Allegations relating to events that occurred in or before 2001 comprise a substantial portion of Plaintiff's Complaint. See, e.g., Compl. ¶¶7, 9-17, 20, 24, 30. In its motion, Defendant also argued for the dismissal of Plaintiff's claims of age discrimination; disability discrimination; and race discrimination and retaliation based upon his receipt of an "achieved standards" performance rating in November 2003. Thus, if Defendant's motion is granted, such a ruling would substantially narrow the scope of the issues to be explored through discovery.

With respect to discovery, this Court's September 10, 2007 Scheduling Order provides that discovery "shall commence on December 12, 2007, and shall continue for five months thereafter, closing on May 12, 2008." The parties conferred in early January 2008 and agreed that it would be prudent to postpone discovery pending a ruling by this Court on Defendant's motion. The parties agreed that there is no reason to take discovery on issues that may be dismissed from the case. However, now that we are approaching the middle of March, Defendant is concerned that the parties may not have sufficient time to conduct discovery between when this Court resolves Defendant's motion and May 12, 2008. Thus, Defendant respectfully requests that this Court stay discovery in this matter pending its resolution of Defendant's motion. Defendant further requests that this Court reset the discovery period so that discovery will proceed for a period of 90 days following this Court's resolution of Defendant's motion. A proposed order is attached hereto.

In late February, the undersigned Assistant United States Attorney (the "undersigned AUSA") discussed with Plaintiff (who is appearing pro se) the possibility of filing this motion to stay as a joint motion. On February 28, 2008 (and again on March 6, 2008), the undersigned AUSA sent Plaintiff an email to which he attached a copy of this motion and in which he inquired whether Plaintiff would be amenable to filing this motion as a joint motion. On March 11, 2008, Plaintiff informed the undersigned AUSA that he did not want to file this motion as a joint motion. The undersigned AUSA does not know the nature of Plaintiff's objection to the requested relief.

Respectfully submitted,

    /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

    /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused a copy of the foregoing to be served upon pro se Plaintiff via the Court's ECF system or, should I receive notice that e-service failed, via first class mail, postage prepaid addressed as follows:

THOMAS D. BROWN, SR.
3162 17th Street, N.W.
Washington, DC  20010-2748

                                               /s/
                                    Christopher B. Harwood

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. BROWN, Sr.,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> HENRY M. PAULSON, Jr., Secretary,  ) <br> United States Department of the Treasury,  ) <br> ) <br> Defendant.  ) <br> ) | Civil Action No. 07-0509 (RMU) |

**ORDER**

Having considered Defendant's Motion to Stay Discovery, and the entire record herein, it is, this _____ day of _____, 2008,

ORDERED that the Motion to Stay Discovery is GRANTED; and it is

FURTHER ORDERED that discovery in this action will proceed for a period of 90 days following this Court's resolution of Defendant's pending dispositive motion.

SO ORDERED.

                                                                  _____
                                                                  United States District Judge

Copy to:

ECF Counsel