UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Thomas D. Brown, Sr.,                :
                                     :
        Plaintiff,                   :    Civil Action No.:    07-0509 (RMU)
                                     :
    v.                               :    Document No.:        16
                                     :
                                     :
Henry M. Paulson, Jr.,               :
                                     :
        Defendant.                   :

### ORDER

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 1st day of April, 2008, it is hereby

**ORDERED** that defendant's motion to dismiss in part and for summary judgment in part [Dkt. No. 16] is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's motion to stay discovery pending resolution of the pending motion [Dkt. No. 29] is **DENIED** as moot.

**SO ORDERED**.

                                            RICARDO M. URBINA
                                            United States District Judge