UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| THOMAS D. BROWN, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action 07-0509 (RMU) |
| | ) |
| HENRY M. PAULSON, JR., Secretary, | ) |
| Department of the Treasury, | ) |
| | ) |
| Defendant. | ) |

_____)

### STATUS REPORT AND MOTION TO EXTEND THE DISCOVERY PERIOD TO ALLOW DEFENDANT TO TAKE PLAINTIFF'S DEPOSITION AND OBTAIN RESPONSES TO ITS WRITTEN DISCOVERY REQUESTS

Defendant Henry M. Paulson, Jr., Secretary, Department of the Treasury, by and through the undersigned counsel, respectfully submits this status report and motion to extend the discovery period.  This motion is being filed because, despite his best efforts, the undersigned Assistant United States Attorney (the "AUSA") has been unable to get Plaintiff (who is appearing pro se) to (1) commit to a date for his deposition, or (2) respond to Defendant's written discovery requests.  The current end date for discovery is May 12, 2008.  Defendant requests a 30-day extension to the discovery period.  There is an interim status conference scheduled for May 5, 2008.

On April 28, 2008, the AUSA left Plaintiff a voicemail message and sent Plaintiff a letter (by email PDF) asking Plaintiff to contact him so that they could resolve the outstanding issues relating to Plaintiff's deposition and Defendant's written discovery requests.  As of the time of this filing, Plaintiff has not responded to that voicemail message or letter.  As demonstrated below, the AUSA has been diligent in trying to obtain responses to Defendant's written

discovery requests and schedule Plaintiff's deposition.  There is good cause to grant the relief requested herein.

1.      On March 19, 2008, the AUSA sent the following documents to Plaintiff by email PDF and first class mail:  (1) Defendant's first set of interrogatories and requests for production; (2) a Notice of Deposition, which set Plaintiff's deposition for April 30, 2008; and (3) a letter that stated that "[t]he date listed on the Notice [of Deposition], i.e., April 30, 2008, is a placeholder," that Plaintiff and the AUSA could "together select a date prior to [the close of discovery] that is convenient for all parties involved," but that if Plaintiff and the AUSA are "unable to reach agreement on an alternative date, the deposition will proceed on April 30, 2008."  The March 19, 2008 email and letter are attached hereto as Exhibit 1.

2.      On April 7, 2008, the AUSA sent another letter to Plaintiff by email PDF and first class mail.  The April 7, 2008 letter:  (1) narrowed the scope of Defendant's previously-served written discovery requests in light of the Court's April 1, 2008 decision dismissing certain of Plaintiff's claims from this case; (2) reminded Plaintiff that his responses to Defendant's written discovery requests were due on April 21, 2008; and (3) stated that "in accordance with the Notice of Deposition that Defendant served upon you on March 19, 2008, your deposition is scheduled for 9:30 a.m. on April 30, 2008.  If that date is not convenient for you, please let me know and we can select an alternative date.  If, however, you do not contact me to arrange an alternative date, I will expect you to appear for your deposition at 9:30 a.m. on April 30, 2008 at 501 Third Street, N.W., Fourth Floor, Washington, D.C. 20530."  The April 7, 2008 email and letter are attached hereto as Exhibit 2.

3.      Between April 7, 2008 and April 22, 2008, Plaintiff did not contact the AUSA.  On April 22, 2008, the AUSA left Plaintiff a voicemail message and sent him an email in which the

AUSA:  (1) reminded Plaintiff that his responses to Defendant's written discovery requests were due on April 21, 2008; (2) asked Plaintiff when he could expect to receive Plaintiff's responses to those requests; and (3) reminded Plaintiff that his deposition had been noticed for April 30, 2008 and inquired whether Plaintiff was available on that date or whether he needed to reschedule the date for his deposition.  The April 22, 2008 email is attached hereto as Exhibit 3.

4.      The following day, April 23, 2008, the AUSA received a telephone call from Plaintiff during which Plaintiff stated that he had previously sent written discovery requests to the AUSA (by fax and certified mail) and that he did not plan to respond to Defendant's written discovery requests until after Defendant had responded to his written discovery requests.  The AUSA informed Plaintiff that he had not received any discovery requests from Plaintiff and that Plaintiff has an obligation to respond to Defendant's discovery requests.  When the AUSA then asked Plaintiff for details regarding the discovery requests that he claimed to have sent and whether he intended to appear for his deposition on April 30, 2008, Plaintiff stated that he needed to review his records and would call the AUSA back later that day.  He did not.

5.      On April 25, 2008, Plaintiff sent the AUSA an email in which he stated that he would not respond to Defendant's written discovery requests until Defendant responds to his request for "production of certain documents."  Plaintiff further stated that he is not available for a deposition on April 30, 2008 and would like to reschedule his deposition for a later date.  Plaintiff did not propose any alternative dates for his deposition.  Finally, Plaintiff stated that the AUSA should direct all future communications to his "supervising Attor[n]ey Karl W. Carter Jr."  Plaintiff's April 25, 2008 email is attached hereto as Exhibit 4.

6.      In response, on April 25, 2008, the AUSA sent a letter to both Plaintiff and Mr. Carter[1] by email PDF and first class mail in which:  (1) the AUSA reminded Plaintiff that he has an obligation to respond to Defendant's written discovery requests; (2) the AUSA reiterated that he had not received any written discovery requests from Plaintiff; (3) the AUSA noted that Plaintiff had not come forward with any documentation supporting his assertion that he had previously propounded written discovery on Defendant[2]; (4) the AUSA informed Plaintiff that the only dates prior to the close of discovery (besides April 30, 2008) that he is available to depose Plaintiff are May 1, 2008 and May 2, 2008; and (5) the AUSA requested that Plaintiff (or Mr. Carter) inform him by the close of business on April 25, 2008 whether Plaintiff would appear for his deposition on one of those dates.  The AUSA did not receive a response to the April 25, 2008 letter, a copy of which is attached hereto as Exhibit 5.

7.      On April 28, 2008, the AUSA spoke to Mr. Carter by telephone.  Mr. Carter told the AUSA that Plaintiff had expressed an interest in retaining Mr. Carter to represent him in this litigation, but had not yet done so.  Mr. Carter stated that until such time as he is formally retained by Plaintiff, the AUSA should deal directly with Plaintiff.  Mr. Carter memorialized these statements in an email to the AUSA, which is attached hereto as Exhibit 6.

8.      Later that same day, the AUSA sent Plaintiff a letter by email PDF in which the AUSA requested that Plaintiff let him know by Noon on April 29, 2008 whether he is available for a deposition on May 1, 2008 or May 2, 2008, and whether he intends to respond to Defendant's written discovery requests by May 2, 2008.  The AUSA further requested that Plaintiff provide

---

[1] The AUSA sent the letter to both Plaintiff and Mr. Carter because Mr. Carter had not yet entered his appearance in this case.
[2] As of the time of this filing, Plaintiff still has not come forward with any evidence indicating that he previously served written discovery on Defendant.  To the best of the AUSA's knowledge, Plaintiff has not even attempted to reserve his requests.

the AUSA with:  (1) any documentation he might have showing that he previously propounded written discovery requests on Defendant; and (2) a copy of his discovery requests.  The AUSA also called Plaintiff and left him a voicemail message asking that he call the AUSA back so that the two of them could discuss the issues relating to discovery that remain outstanding.  As of the time of this filing, the AUSA has not received a response to his April 28, 2008 letter or his April 28, 2008 voicemail message.  The April 28, 2008 email and letter are attached hereto as Exhibit 7.

In light of the above, Defendant respectfully requests that the Court extend the discovery period by 30 days to allow it to take Plaintiff's deposition and obtain responses to its written discovery requests.  The extension is necessary because the May 12, 2008 end date for discovery is fast approaching and, to date, the AUSA has been unable to schedule Plaintiff's deposition or obtain responses to Defendant's written discovery requests.  The extension is also necessary due to the uncertainty surrounding Mr. Carter's status in the case.  A proposed order is attached hereto.

Dated:  April 30, 2008                    Respectfully submitted,


                                          _____/s/_____
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney


                                          _____/s/_____
                                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                                          Assistant United States Attorney

_____/s/_____

CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

Of Counsel:

Nichole Jenkins Washington
Office of the Chief Counsel
Department of the Treasury
Bureau Of Engraving and Printing

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing to be served upon Plaintiff via the

Court's ECF system and via first class mail, postage prepaid, addressed as follows:

THOMAS D. BROWN, SR.,
3162 17th Street, N.W.
Washington, DC  20010-2748


_____/s/_____
Christopher B. Harwood

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

THOMAS D. BROWN, SR.,                          )
                                               )
        Plaintiff,                             )
                                               )
        v.                                     )        Civil Action 07-0509 (RMU)
                                               )
HENRY M. PAULSON, JR., Secretary,              )
Department of the Treasury,                    )
                                               )
        Defendant.                             )
_____)

## **ORDER**

        Having considered Defendant's Motion to Extend the Discovery Period to Allow it to

Take Plaintiff's Deposition and Obtain Responses to its Written Discovery Requests (the

"Motion to Extend"), it is this _____ day of _____, 2008,

        ORDERED that the Motion to Extend is GRANTED, and it is

        FURTHER ORDERED that the discovery period shall be extended to June 11, 2008, and

it is

        FURTHER ORDERED that, in accordance with the prior scheduling order, post-

discovery dispositive motions shall be filed no later than 60 days after the close of discovery,

oppositions to post-discovery dispositive motions shall be filed within 30 days after service of

the motions, and replies regarding post-discovery dispositive motions shall be filed within 21

days of service of the oppositions.

        SO ORDERED.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

Copy to:  ECF Counsel

## Harwood, Christopher (USADC)

**From:** Harwood, Christopher (USADC)
**Sent:** Wednesday, March 19, 2008 8:24 PM
**To:** thomas brown
**Subject:** Brown v. Paulson, No. 07-0509

Mr. Brown:

Attached please find several discovery-related documents: a letter dated March 19, 2008, a notice of deposition, Defendant's first set of discovery requests and a medical release form. The letter explains Defendant's position with respect to the timing of your deposition and response to the discovery requests. Hard copies of the attached documents will follow by regular mail.

Sincerely,

Christopher B. Harwood
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

               

3.19.08 Letter re     3.19.08 Notice of     3.17.08 Brown First     HIPAA Medical
Discovery Re...         Plaintiff's ...         Set of Dis...         Release Form(med..

Exhibit 1



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

_____

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

March 19, 2008

Thomas D. Brown, Sr.
3162 17th Street, N.W.
Washington, D.C. 20010

Re: Brown v. Paulson
Civil Action No. 07-0509

Dear Mr. Brown:

Enclosed herewith please find Defendant's First Set of Discovery Requests. As you know, on March 11, 2008, Defendant moved to stay discovery in this action pending a decision on its dispositive motion. Because the Court has not yet ruled on the motion to stay, and because the discovery period is currently set to close on May 12, 2008, I feel compelled to serve these discovery requests now. Under the Federal Rules of Civil Procedure, your responses to these requests are due on April 21, 2008. If the Court grants Defendant's March 11, 2008 motion to stay discovery, I would be happy to grant you additional time to serve your responses. However, if the Court denies the motion to stay, or declines to rule on the motion to stay in advance of April 21, 2008, I will expect your responses by April 21, 2008.

Also enclosed herewith, please find a Notice of Deposition. The date listed on the Notice, i.e., April 30, 2008, is a placeholder. You and I can together select a date prior to May 12, 2008 that is convenient for all parties involved. If, however, we are unable to reach agreement on an alternative date, the deposition will proceed on April 30, 2008. If the Court grants Defendant's March 11, 2008 motion to stay discovery, we can certainly push back the date of your deposition.

Sincerely,

JEFFREY A. TAYLOR
United States Attorney

Exhibit 1

By:    ___/s/_____
       CHRISTOPHER B. HARWOOD
       Assistant United States Attorney
       (202) 307-0372

Exhibit 1

**Harwood, Christopher (USADC)**

| | |
|---|---|
| **From:** | Harwood, Christopher (USADC) |
| **Sent:** | Monday, April 07, 2008 7:37 PM |
| **To:** | 'thomas brown' |
| **Subject:** | Brown v. Paulson, No. 07-0509 |

Mr. Brown:

Attached please find a letter addressing several discovery matters in the above case. You will also receive a hard copy of the attached letter via first class mail.

Sincerely,

Christopher B. Harwood
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372



brown ltrimage.pdf

Exhibit 2



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 7, 2008

Thomas D. Brown, Sr.
3162 17th Street, N.W.
Washington, D.C. 20010

Re: Brown v. Paulson
Civil Action No. 07-0509

Dear Mr. Brown:

Last week, the Court issued a Memorandum Opinion and Order granting Defendant's September 25, 2007 motion for partial dispositive relief.[1]  Specifically, the Court dismissed from this case all claims based on events that occurred prior to May 22, 2003, as well as all claims of disability discrimination and age discrimination.

On March 19, 2008, Defendant served you with its First Set of Discovery Requests. Under the Federal Rules of Civil Procedure, your responses to those discovery requests are due on April 21, 2008.  In light of the Court's recent dismissal of all claims of disability discrimination and age discrimination, you should feel free <u>not</u> to respond to interrogatory numbers 3-10 and 12,[2] or to requests for production numbers 3, 4 and 6.  In addition, in responding to the remaining interrogatories and requests for production, please be mindful that the Court has dismissed your claims of discrimination, retaliation and hostile work environment to the extent they relate to events that occurred prior to May 22, 2003.  I look forward to receiving your responses to the remaining interrogatories and requests for production by April 21, 2008.

Finally, in accordance with the Notice of Deposition that Defendant served upon you on March 19, 2008, your deposition is scheduled for 9:30 a.m. on April 30, 2008.  If that date is not

---

[1] A copy of the Memorandum Opinion and Order is attached hereto.

[2] Interrogatory number 13 references your responses to interrogatory numbers 1, 2, 10 and 12.  You should still respond to interrogatory number 13, but only to the extent it relates to interrogatory numbers 1 and 2.

Exhibit 2

convenient for you, please let me know and we can select an alternative date. If, however, you do not contact me to arrange an alternative date, I will expect you to appear for your deposition at 9:30 a.m. on April 30, 2008 at 501 Third Street, N.W., Fourth Floor, Washington, D.C. 20530.

Sincerely,

JEFFREY A. TAYLOR
United States Attorney

By:     /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
(202) 307-0372

Exhibit 2

## Harwood, Christopher (USADC)

| | |
|---|---|
| **From:** | Harwood, Christopher (USADC) |
| **Sent:** | Tuesday, April 22, 2008 3:38 PM |
| **To:** | 'thomas brown' |
| **Subject:** | FBrown v. Paulson, No. 07-0509 |

Dear Mr. Brown:

I am writing to follow up on several discovery-related matters. (I tried to reach you by phone a few minutes ago, but got your voicemail. I did leave a message.) According to my records, your responses to Defendant's written discovery requests were due yesterday. When can I expect to receive your responses? In addition, I previously noticed your deposition for April 30, 2008, and asked you to contact me if that date is not convenient for you. Are you available April 30, 2008 or would you like to schedule your deposition for a different date? Thank you for your attention to these matters.

Sincerely,

Christopher B. Harwood
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

**From:** Harwood, Christopher (USADC)
**Sent:** Monday, April 07, 2008 7:38 PM
**To:** 'Washington Nichole'
**Subject:** FW: Brown v. Paulson, No. 07-0509

**From:** Harwood, Christopher (USADC)
**Sent:** Monday, April 07, 2008 7:37 PM
**To:** 'thomas brown'
**Subject:** Brown v. Paulson, No. 07-0509

Mr. Brown:

Attached please find a letter addressing several discovery matters in the above case. You will also receive a hard copy of the attached letter via first class mail.

Sincerely,

Christopher B. Harwood
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

Exhibit 3

## Harwood, Christopher (USADC)

| | |
|---|---|
| **From:** | thomas brown [toobadblessingred@yahoo.com] |
| **Sent:** | Friday, April 25, 2008 7:00 AM |
| **To:** | Harwood, Christopher (USADC) |
| **Subject:** | Re: FBrown v. Paulson, No. 07-0509 |

kDear Mr. Hardwood:
I am not Clear on the the issues at hand, I received your message and responded to it. However, according to our last conversation on April 22, 2008 I was not satisfied with your responce in reference to my April 30, 2008 Letter of requesting production of certain documents I can't respond until you respond to my request. Then we can move forward. "No I am not be available on April 30, 2008, and yes I would like to reshedule my deposition at a later time. Thank you for your time and patience. At this time I would appriecate if you direct all your responces and calls to my supervising Attorey Karl W. Carter Jr. his telephone number is 202-955-1010 or E-mail address is kcarter44@hotmail.com

*"Harwood, Christopher (USADC)" <Christopher.Harwood@usdoj.gov> wrote:*

Dear Mr. Brown:
I am writing to follow up on several discovery-related matters. (I tried to reach you by phone a few minutes ago, but got your voicemail. I did leave a message.) According to my records, your responses to Defendant's written discovery requests were due yesterday. When can I expect to receive your responses? In addition, I previously noticed your deposition for April 30, 2008, and asked you to contact me if that date is not convenient for you. Are you available April 30, 2008 or would you like to schedule your deposition for a different date? Thank you for your attention to these matters.

Sincerely,
Christopher B. Harwood
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

**From:** Harwood, Christopher (USADC)
**Sent:** Monday, April 07, 2008 7:38 PM
**To:** 'Washington Nichole'
**Subject:** FW: Brown v. Paulson, No. 07-0509

**From:** Harwood, Christopher (USADC)
**Sent:** Monday, April 07, 2008 7:37 PM
**To:** 'thomas brown'
**Subject:** Brown v. Paulson, No. 07-0509
Mr. Brown:
Attached please find a letter addressing several discovery matters in the above case. You will also receive a hard copy of the attached letter via first class mail.
Sincerely,
Christopher B. Harwood
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.

Exhibit 4

**Harwood, Christopher (USADC)**

| | |
|---|---|
| **From:** | Harwood, Christopher (USADC) |
| **Sent:** | Friday, April 25, 2008 1:05 PM |
| **To:** | 'kcarter44@hotmail.com' |
| **Cc:** | 'thomas brown' |
| **Subject:** | RE: FBrown v. Paulson, No. 07-0509 |
| **Attachments:** | brown ltrimage(2).pdf |

Dear Mr. Carter:

Attached please find a letter responding to an email I received from your client this morning. I am also sending you a copy of the attached letter via first class mail.

Sincerely,

Christopher B. Harwood
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

**From:** thomas brown [mailto:toobadblessingred@yahoo.com]
**Sent:** Friday, April 25, 2008 7:00 AM
**To:** Harwood, Christopher (USADC)
**Subject:** Re: FBrown v. Paulson, No. 07-0509

kDear Mr. Hardwood:
I am not Clear on the the issues at hand, I received your message and responded to it. However, according to our last conversation on April 22, 2008 I was not satisfied with your responce in reference to my April 30, 2008 Letter of requesting production of certain documents I can't respond until you respond to my request. Then we can move forward. "No I am not be available on April 30, 2008, and yes I would like to reshedule my deposition at a later time. Thank you for your time and patience. At this time I would apprieciate if you direct all your responces and calls to my supervising Attorey Karl W. Carter Jr. his telephone number is 202-955-1010 or E-mail address is kcarter44@hotmail.com

**"Harwood, Christopher (USADC)" <Christopher.Harwood@usdoj.gov> wrote:**

Dear Mr. Brown:
I am writing to follow up on several discovery-related matters. (I tried to reach you by phone a few minutes ago, but got your voicemail. I did leave a message.) According to my records, your responses to Defendant's written discovery requests were due yesterday. When can I expect to receive your responses? In addition, I previously noticed your deposition for April 30, 2008, and asked you to contact me if that date is not convenient for you. Are you available April 30, 2008 or would you like to schedule your deposition for a different date? Thank you for your attention to these matters.

Sincerely,
Christopher B. Harwood
Assistant United States Attorney
United States Attorney's Office

Exhibit 5

555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

**From:** Harwood, Christopher (USADC)
**Sent:** Monday, April 07, 2008 7:38 PM
**To:** 'Washington Nichole'
**Subject:** FW: Brown v. Paulson, No. 07-0509

**From:** Harwood, Christopher (USADC)
**Sent:** Monday, April 07, 2008 7:37 PM
**To:** 'thomas brown'
**Subject:** Brown v. Paulson, No. 07-0509

Mr. Brown:

Attached please find a letter addressing several discovery matters in the above case. You will also receive a hard copy of the attached letter via first class mail.

Sincerely,

Christopher B. Harwood

Assistant United States Attorney

United States Attorney's Office

555 4th Street, N.W.

Washington, D.C. 20530

(202) 307-0372

<<brown ltrimage.pdf>>

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

Exhibit 5



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 25, 2008

Karl W. Carter, Jr.
kcarter44@hotmail.com

Thomas D. Brown, Sr.
3162 17th Street, N.W.
Washington, D.C. 20010
toobadblessingred@yahoo.com

Re: Brown v. Paulson
Civil Action No. 07-0509

Dear Messrs. Carter and Brown:[1]

This letter is in response to an email sent by Mr. Brown to the undersigned Assistant United States Attorney, Christopher B. Harwood (the "AUSA"), on April 25, 2008.

On March 19, 2008, the AUSA sent the following documents to Mr. Brown by email PDF and first class mail: (1) Defendant's first set of interrogatories and requests for production; (2) a Notice of Deposition for Mr. Brown's deposition, which set Mr. Brown's deposition for April 30, 2008; and (3) a letter that stated that "[t]he date listed on the Notice [of Deposition], i.e., April 30, 2008, is a placeholder," that Mr. Brown and the AUSA could "together select a date prior to May 12, 2008"—the discovery cut-off date—"that is convenient for all parties involved," but that if Mr. Brown and the AUSA are "unable to reach agreement on an alternative date, the deposition will proceed on April 30, 2008." A copy of the March 19, 2008 email is attached hereto.

---

[1] In an email dated April 25, 2008, Mr. Brown stated that the undersigned Assistant United States Attorney should direct all communications to his "supervising Attorney Karl W. Carter Jr." As Mr. Carter has not yet entered an appearance in this case, the undersigned Assistant United States Attorney is directing this letter to both Mr. Brown and Mr. Carter.

Exhibit 5

On April 7, 2008, the AUSA sent another letter to Mr. Brown by email PDF and first class mail. The letter: (1) narrowed the scope of Defendant's interrogatories in light of the Court's April 1, 2008 decision dismissing certain of Plaintiff's claims from this case; (2) reminded Mr. Brown that his responses to Defendant's interrogatories and requests for production were due on April 21, 2008; and (3) stated that "in accordance with the Notice of Deposition that Defendant served upon you on March 19, 2008, your deposition is scheduled for 9:30 a.m. on April 30, 2008. If that date is not convenient for you, please let me know and we can select an alternative date. If, however, you do not contact me to arrange an alternative date, I will expect you to appear for your deposition at 9:30 a.m. on April 30, 2008 at 501 Third Street, N.W., Fourth Floor, Washington, D.C. 20530." A copy of the April 7, 2008 email is attached hereto.

Between April 7, 2008 and April 22, 2008, the AUSA was not contacted by Mr. Brown. On April 22, 2008, the AUSA left Mr. Brown a voicemail message and sent Mr. Brown a email in which the AUSA: (1) reminded Mr. Brown that his responses to Defendant's written discovery requests were due on April 21, 2008; (2) asked Mr. Brown when he could expect to receive Mr. Brown's responses to those requests; and (4) reminded Mr. Brown that Mr. Brown's deposition had been noticed for April 30, 2008. The following day, the AUSA received a telephone call from Mr. Brown during which Mr. Brown stated that he had previously served written discovery requests on Defendant and that he would not respond to Defendant's written discovery requests until after Defendant had responded to his written discovery requests. The AUSA informed Mr. Brown that the AUSA had not received any discovery requests from Mr. Brown and that Mr. Brown had an obligation to respond to Defendant's discovery requests. When the AUSA then asked Mr. Brown for details regarding Mr. Brown's purported discovery requests and whether Mr. Brown intended to appear for his deposition on April 30, 2008, Mr. Brown stated that he needed to review his records would call the AUSA back later that day. He did not.

This morning, Mr. Brown sent the AUSA an email indicating that he would not respond to Defendant's discovery requests until Defendant responds to his "April 30, 2008 Letter of [sic] requesting production of certain documents."[2] This position is contrary to Federal Rules of Civil Procedure 33(b)(2) and 34(b)(2)(A), which provide Plaintiff with 30 days to respond to interrogatories and requests for production. Mr. Brown has a clear obligation to respond to Defendant's discovery requests (which were indisputably served on March 19, 2008). Please confirm that Mr. Brown will respond to Defendant's discovery requests by May 2, 2008. If he refuses to do so, Defendant will be forced to move the Court to compel his response. Furthermore, to date, the AUSA has not received any discovery requests from Mr. Brown. Nor has Mr. Brown come forward with any evidence that he in fact sent a discovery request to the AUSA.

---

[2] Today is April 25, 2008, so it is unclear whether Mr. Brown is claiming that he previously served a document request on Defendant or whether he is planning to serve a document request on Defendant on April 30, 2008.

Exhibit 5

As to Mr. Brown's deposition, it has been noticed for April 30, 2008, and unless the parties can agree on an alternative date, Defendant expects that Mr. Brown will appear for his deposition on April 30. Defendant is willing to reschedule the date of the deposition, but at this point (with only two weeks left in the discovery period), the only dates other than April 30, 2008 that the AUSA has available prior to the close of discovery are May 1 and May 2. Please inform the AUSA by the close of business today whether Mr. Brown will appear for his deposition on April 30, May 1 or May 2. The AUSA can be reached by email at Christopher.Harwood@usdoj.gov or by phone at (202) 307-0372.

Sincerely,

JEFFREY A. TAYLOR
United States Attorney

By:      /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
Christopher.Harwood@usdoj.gov
(202) 307-0372

Exhibit 5

**Harwood, Christopher (USADC)**

| | |
|---|---|
| **From:** | karl carter [kcarter44@hotmail.com] |
| **Sent:** | Monday, April 28, 2008 4:18 PM |
| **To:** | Harwood, Christopher (USADC) |
| **Subject:** | RE: FBrown v. Paulson, No. 07-0509 |

Dear Mr.HArwood:

   Please be advised that although Mr. Brown has expressed an interest in retaining me to represent him  in the ongoing matter he has not donw so to date. Until my entry into the case you will have deawl directly with Mr, Brown

          KArl Carter

---

Subject: RE: FBrown v. Paulson, No. 07-0509
Date: Fri, 25 Apr 2008 13:05:00 -0400
From: Christopher.Harwood@usdoj.gov
To: kcarter44@hotmail.com
CC: toobadblessingred@yahoo.com

Dear Mr. Carter:

Attached please find a letter responding to an email I received from your client this morning.  I am also sending you a copy of the attached letter via first class mail.

Sincerely,

Christopher B. Harwood
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

**From:** thomas brown [mailto:toobadblessingred@yahoo.com]
**Sent:** Friday, April 25, 2008 7:00 AM
**To:** Harwood, Christopher (USADC)
**Subject:** Re: FBrown v. Paulson, No. 07-0509

kDear Mr. Hardwood:
I am not Clear on the  the issues at hand, I received your message and responded to it. However, according to our last conversation on April 22, 2008 I was not satisfied with your responce in reference to my April 30, 2008 Letter of requesting production of certain documents I can't respond until you respond to my request. Then we can move forward. "No I am not be available on April 30, 2008, and yes I would like to reshedule my deposition at a later time. Thank you for your time and patience. At this time I would apprieciate if you direct all your responces and calls to my supervising Attorey Karl W. Carter Jr. his telephone number is 202-955-1010 or E-mail address is kcarter44@hotmail.com

**"Harwood, Christopher (USADC)" <Christopher.Harwood@usdoj.gov>** wrote:
Dear Mr. Brown:
I am writing to follow up on several discovery-related matters. {I tried to reach you by phone a few minutes ago, but got your voicemail.  I did leave a message.}  According to my records, your responses to Defendant's written discovery requests were due yesterday.  When can I expect to receive your responses?  In addition, I previously noticed your

Exhibit 6

deposition for April 30, 2008, and asked you to contact me if that date is not convenient for you. Are you available April 30, 2008 or would you like to schedule your deposition for a different date?  Thank you for your attention to these matters.

Sincerely,
Christopher B. Harwood
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

**From:** Harwood, Christopher (USADC)
**Sent:** Monday, April 07, 2008 7:38 PM
**To:** 'Washington Nichole'
**Subject:** FW: Brown v. Paulson, No. 07-0509

**From:** Harwood, Christopher (USADC)
**Sent:** Monday, April 07, 2008 7:37 PM
**To:** 'thomas brown'
**Subject:** Brown v. Paulson, No. 07-0509
Mr. Brown:
Attached please find a letter addressing several discovery matters in the above case.  You will also receive a hard copy of the attached letter via first class mail.
Sincerely,
Christopher B. Harwood
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372
<<brown ltrimage.pdf>>

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

Back to work after baby– how do you know when you're ready?

Exhibit 6

## Harwood, Christopher (USADC)

**From:**       Harwood, Christopher (USADC)
**Sent:**       Monday, April 28, 2008 7:26 PM
**To:**         'thomas brown'
**Cc:**         'kcarter44@hotmail.com'
**Subject:**    Brown v. Paulson, No. 07-0509

Dear Mr. Brown:

Attached please find a letter (1) describing the substance of a conversation I had earlier this afternoon with Karl W. Carter (who you have previously described as your "supervising Attorney"; and (2) addressing the outstanding discovery-related issues in this case. I look forward to receiving your prompt response to the issues addressed in the attached letter.

Sincerely,

Christopher B. Harwood
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372



brown letter
image.pdf

Exhibit 7



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 28, 2008

Thomas D. Brown, Sr.
3162 17th Street, N.W.
Washington, D.C. 20010
toobadblessingred@yahoo.com

Re: Brown v. Paulson
Civil Action No. 07-0509

Dear Mr. Brown:

In your April 25, 2008 email to me, you indicated that I should direct all communications to your "supervising Attor[n]ey Karl W. Carter Jr." I spoke to Mr. Carter earlier this afternoon, and he told me that you had expressed an interest in retaining him to represent you in the above matter, but that you had not yet done so. He further stated that until such time as he is formally retained by you, I should deal directly with you. Mr. Carter memorialized these statements in an email to me, which I am attaching to this letter. Thus, I am directing this letter to you.

To date, you have not responded to Defendant's written discovery requests or agreed to appear for your deposition. Defendant's written discovery requests were served on you by regular mail and email PDF on March 19, 2008, which means that your responses to those requests were due on April 21, 2008. In addition, on March 19, 2008, Defendant served on you by regular mail and email PDF a Notice of Deposition, which set your deposition for April 30, 2008. In letters dated March 19, 2008 and April 7, 2008, I stated that we could together select an alternative date for your deposition, but that if we are "unable to reach agreement on an alternative date, the deposition will proceed on April 30, 2008." In your April 25, 2008 email, you stated that you wanted to reschedule your deposition, but you did not propose any alternative dates. The only other dates that I am available prior to the current end date for discovery (May 12, 2008) are May 1, 2008 and May 2, 2008. Please let me know by Noon (12:00 p.m.) tomorrow whether you are available for a deposition on either of those dates, and whether I can expect to receive your responses to Defendant's written discovery requests by the end of this week. If I do not hear from you by Noon tomorrow (or if you are not available for a deposition on May 1, 2008 or May 2, 2008 and/or you refuse to respond to Defendant's written discovery

Exhibit 7

requests by the end of this week), I plan to move the Court for an extension of the discovery period so that Defendant may obtain responses to its discovery requests and take your deposition.

In your April 25, 2008 email, you state that you will not respond to Defendant's written discovery requests until Defendant responds to your request for "production of certain documents." As I explained in my April 25, 2008 letter (which I sent in response to your April 25, 2008 email), your position is in direct conflict with Federal Rules of Civil Procedure 33(b)(2) and 34(b)(2)(A), which provide you with 30 days to respond to written discovery requests. Moreover, to date, I have not received any discovery requests from you. If you in fact sent written discovery requests to me and, for whatever reason, they were not delivered, I would be more than happy to respond to them. But, to this point, you have not provided me with any evidence that supports your assertion that you in fact sent written discovery requests to me. During our telephone discussion last week, you indicated that you sent the requests by fax and by certified mail. Do you have a fax confirmation report or a certified mail receipt? If so, please provide me with that documentation along with a copy of your discovery requests.

I look forward to receiving your response to the issues addressed herein by Noon tomorrow. I can be reached by email at Christopher.Harwood@usdoj.gov or by phone at (202) 307-0372.

Sincerely,

JEFFREY A. TAYLOR
United States Attorney

By:      /s/

CHRISTOPHER B. HARWOOD
Assistant United States Attorney
Christopher.Harwood@usdoj.gov
(202) 307-0372

Exhibit 7