UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

THOMAS D. BROWN, SR.,
3162 17TH STREET N.W.
WASHINGTON, D. C. 20010-2748

PLAINTIFF,

VS.

HENRY M. PAULSON, JR., SECRETARY OF THE UNIITED STATES DEPARTMENT OF TREAUSURY

DEFENDANT.

CASE NUMBER: 07-CV0509 (JMF)

**MOTION/ TO SET/RESET SETTLEMENT CONFERENCE DATE, PLAINTIFF'S RULE 16.3 AND AMENDING THE (FMLA) ACT/LMR 5U.S.C.-6381-6387 OPM REPORT**

Pursuant to Local Civil Rule 16.3 and this Court's Standing Order, on August 20, 2007, counsel for Plaintiff attempted to contact Defendant to confer regarding the issues addressed in Local Civil Rule 16.3,and the statues of 5USC 6381-6387 of Civil Procedures by calling Defendant USDA Ms. Robin M. Meriweather at (202-514-7198), Also, by Faxing her a letter of my proposed Court order on 8-23-07 to the USDA in the above reference captured matter by the telephone number provided in Plaintiff's most recent filing. Counsel for Defendant left a voicemail message at that number, stating the purpose of her call and requesting that Plaintiff to contact her. Thereafter, counsel for Plaintiff wrote a letter to Defendant, sent via overnight delivery, requesting that Defendant contact him concerning these issues, and enclosed a copy of Local Civil Rule 16.3 with that letter. Counsel for Plaintiff received no response to the letter or his voicemail message, and therefore has been unable to obtain Defendant's position on the Rule 16.3 issues. Accordingly, the following report provides Plaintiff's proposal, and is not jointly-filed with the Defendant.

Statement of the Case: Plaintiff in this case is a black male former employee of the United States Department of the Treasury, Bureau of Engraving and Printing, who previously was employed as a journeyman photoengraver. Plaintiff alleges that the Defendant agency discriminated by way of Retaliation against him on the basis of his race, Disability, and subjected him to a hostile work environment,

RECEIVED
MAY 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Retaliated against him for prior protected activity, and failed to accommodate his permanent disability. Specifically, Plaintiff accuses the Defendant agency of: (1) temporarily suspending Plaintiff; (2) classifying Plaintiff as "AWOL" on five dates between March 2001 and January 2003; (3) denying Plaintiffs request for training; (4) granting Plaintiff a "Fully Satisfactory" performance evaluation; (5) charging Plaintiff with false time and attendance violations; (6) denying unspecified requests for reasonable medical accommodations; by firings him on August 18, 2004 for unsatisfied Medical Documentation and (7) allowing him to be insulted and threatened by a co-worker on January 13, 2004.

Plaintiff respectfully submits that Defendant will be unable to establish ***a true and hornets answer for not following proper procedures*** for the ongoing pattern and practice of Discrimination on the plaintiff. Base on racial discrimination, hostile work environment, retaliation, Plaintiff also will be able to establish that he is an individual with a disability. However, Plaintiff can prove that he was disabled, the record will support Plaintiffs claim that he was denied a reasonable accommodation.

With regard to the matters to be included in the parties' 16.3 reports, Plaintiff states as follows:

1. Dispositive Motions: There are pending dispositive motions. However, Plaintiff believes that several of the issues raised in hiss complaint can be resolved through a pre-discovery motion to file such a motion. Any issue that did not survives Plaintiff's pre-discovery motion can be decided by a motion for summary judgment submitted at the conclusion of discovery.

2. Joiner/Amendment/Narrowing: Plaintiff anticipates the necessity to join third parties, and is aware of the facts that would require Plaintiff have motion the court to amend the pleadings further. Plaintiff believes that the legal or factual issues can be narrowed at this time.

3. Assignment to Magistrate Judge: Plaintiff does not consent to assignment of this case to a magistrate judge for all purposes.

4. Settlement Possibility: Plaintiff believes there is a great possibility of settling the case in the near future at that point and time. Plaintiff will inform the court if the possibility of settlement becomes realistic in the future.

5. Alternative Dispute Procedures: At this time, Plaintiff does not believe that the case could benefit from the Court's ADR process. Maybe, his complaint can be resolved through a pre-discovery motion, and that any issue that are not dissolved such a motion can be decided by the chosen jurors

Plaintiff proposes the following schedule:

**Pre-Discovery Dispositive Motions:** September 25, 2007

**Oppositions:** 30 days after service of dispositive motion

**Replies:** 21 days after service of opposition

**Post-Discovery Dispositive Motions:** 30 days after the close of discovery

**Oppositions:** 30 days after service of the dispositive motion

**Replies:** 21 days after service of opposition

6. Initial Disclosures: Plaintiff proposes that the parties agree to dispense with the initial disclosures authorized under Fed. R. Cit. 26(a) (1) and The Statutory provisions are set forth Regulations promulgated 5U.S.C.-6381et sag. Regulations Promulgated by OPM. Are set forth in 5CFR-630. 1201, 1202, 1203, (A) (4) 1205... (FMLA) Family Medical Leave Act and LMR. However, should Defendant wish to exchange initial disclosures, Plaintiff propose that initial disclosures be served within 60 days of the Court's initial scheduling order?

I am writing concerning the meet and confer requirement in Brown v. Paulson. The Court's Standing Order requires the parties to meet and confer concerning the matters to be addressed in the parties' proposed case management plan, pursuant to Local Rule 16.3. Enclosed for MY learning and information is a copy of Local Rule 16.3, which identifies the topics that should be addressed in the SCHEDULED Settlement Conference Order or "meet and confer" process. In accordance with the Standing Court Order, I talked to (AUSDA) Robin M. Meriwether in the early part of October of' 2007, about the upcoming Settlement Conference, and she responded by saying she is "No" longer working on this case. Another Attorney would be assign to the case. On or around September 10, 2007 the Court Order was in-place;

The Assistant United States District Attorney, Christopher B. Hardwood was assign to the case on November 30, 2007. He (USADA) was aware, and on notice of my work related injuries, also, past and present disabilities. Please be advised, on May 9, 2008, I was in severe pain on a scale from 1-10, 10 being the highest level of pain, my pain level was around 81/2 in my lower back and my left knee was swollen. I could not walk without medical assistance being ministered to me on that day. At times, my back was num and my vision was blurred because of the high volume of medication that was prescribe for me by my doctors, and when my sugar level was high, my diabetes was also, uncontrolled. Please examine the ***exhibits pages 1-2, 1-3 of1/29/08, 1-3 of 2/20/08, and pages 1-3 5/13/08*** of prescribed medication and ***scheduled Doctor*** Appointment dates for the ***"Plaintiff"*** in reference to the above captured matter.

Please take note of the scheduling Court Order and the Judge minute Order; between the two Orders they are not clear, define, and concise to me, because the changes in the scheduling Order is too short and abrupt in time of scheduling the Order. For example, the May 5, 2008 conference Hearing, and July 11, 2008. I was never brief by the Court, Emailed or contacted about the cancellation in reference to the above captured matter. I would have defiantly missed Court Order appointment, due to changes in the Scheduling Order; it is now re-scheduled for June 2, 2008.

---

On or around October 3, 2007. I sent an E-mail to Ms. Robin M. Meriweather (USADA) inquiring the confirmation appointment date for the Settlement conference with the Magistrate Judge. I have upcoming scheduled doctors' appointments on that day and may need to reschedule my doctor's appointments.10/03/07

I am scheduled for a series of doctor appointments; my next doctor appointment is scheduled for May 21, 2008 for my MRI Lumbar Spine Results. My next Court Order appointment is scheduled on May 22; 2008.These dates will cause a conflict of interest.

7. Discovery Plaintiff proposes that fact discovery will proceed as ordered by the Court until after the Court rules on Plaintiff's discovery , and that discovery commence upon issuance of the Court's ruling on Plaintiff-discovery Defendant proposes that discovery — should be required — be completed within five (6) months of the Court's issuance of a ruling on Defendant's pre-discovery dispositive motion. Defendant anticipates standard discovery, i.e., Interrogatories, Requests for Production of Documents, Requests for Admissions, and depositions. Defendant agrees to follow the Federal Rules of Civil Procedure in regards to the limits on discovery.

8. Experts: Plaintiff proposes that Defendant's expert(s) be designated no later than 60 days after the commencement of discovery, and that Plaintiff's experts be designated no later than 60 days thereafter. Plaintiff further proposes that Defendant's expert disclosures be served at least 60 days prior to close of discovery. Plaintiff proposes that Defendants' expert disclosures should be served within 60 days after service of Plaintiff's expert disclosures. Plaintiff proposes that the expert disclosures shall be in accordance with Federal Rule of Civil Procedure 26(a) (2) and 5U.S.C.6381/5CFR-630 (FMLA)…., include a written expert witness report, with exhibits.

9. Class Action Procedures: Not applicable.

10. Bifurcation of Discovery or Trial: Plaintiff does not see any need for bifurcation.

11. Proposed Date for Pretrial Conference: Plaintiff proposes that the pretrial conference date be set within 60 days after Court rules on post-discovery dispositive motions.

12. Trial Date: Should a trial be necessary in this case, Plaintiff proposes setting the trial date at the pretrial conference.

I SOLEMLY DECLARE AND AFFIRM on this May 14, 2008, under the penalties perjury that the contents of the foregoing Petition/Motion for Set/Reset the Settlement Conference day and date are true and correct to the best f my knowledge, information and belief.

Sincerely, submitted

Date: May 14, 2008

Thomas D. Brown, Sr., Disable and Retired
Photoengraver/ Acting, Pro-se litigant
3162 17th Street North West,
Washington, District of Columbia, 20010-2748
(301) 627-3419
(301) 237-1590

## CERTIFICATE OF SERVICE

I (Thomas D. Brown, Sir). hereby certify that on this day of May 14, 2008 I caused the foregoing Rule 16.3 and 5US-6381/5CFR-630 FMLA and Amending, and the Settlement Conference date the Motion for 'Plaintiff's Complains was sent, Fax, served and Delivered to the Defendant by Certified Mail Receipt, to Christopher B. Hardwood, Bar # Assistant United States Attorney at 555 4th Street, N.W. Washington, D.C. 20530, and The United States Court for the District of Columbia at 333 Constitution Avenue, N.W. Washington D.C. 20001. Phone: 202-514-7198, Fax: 202-514-8780 and 202-354-3000

Respectfully submitted,

Date: May 14, 2008

Thomas D. Brown, Sr. Photoengraver, 301-2371590 or 301-627-3419

Email address: toobadblessingred@yahoo.com

3162 17th Street, North West Washington, District of Columbia, 20010-2748

# Order

**MRI LUMBAR SPINE, WO CONTRAST [72148C]**
**(Order# 56624448)**

## Order Information

| Order Date and Time | Ordering User | Department |
|---|---|---|
| **1/29/2008 12:12 PM** | **Jane Xu** | **Physical Med Kens** |

## Order Providers

| Authorizing Provider | Encounter Provider |
|---|---|
| **Jane Z (M.D.) Xu** | **Jane Z (M.D.) Xu** |

## Associated Diagnoses

**LOW BACK PAIN** [724.2A]

## Comments

If member is claustrophobic, premedication will be needed.

Exams table weight limit for MRI procedures is 300lbs. Procedure may also be limited by body habitus. Any patients exceeding this limit will be referred to an external provider.

++++++++++
Clinical Hx/Reason for Study:
Thomas D Brown is a 55 yr old male H/o chronic LBP. Last MRI done in 2004. Recently has recurent episode. The pain is so severe that he is not able to funtion for ADL.

Contraindications:
No known contraindication

## Scheduling Instructions

Scheduling Instructions for MRI Examinations

Scheduling your appointment:
Please call the Kaiser Permanente Imaging Services Scheduling Center after 48 hours to schedule your MRI exam. Appointments may be scheduled Monday through Friday, 8:30am to 5:00pm.

Regional Toll Free Number 877-439-4398

Please arrive at least 15 minutes prior to your scheduled appointment time.

The following centers provide MRI services:

The Imaging Center
8261 Willow Oaks Corporate Drive
Fairfax, VA 22031

Largo Medical Center
1221 Mercantile Lane
Largo, MD 20774

Woodlawn Medical Center

## Summary of Your Visit Today

**Thomas D Brown**
**1/29/2008 Office Visit**

Description: **55 year old male**
Provider: **JANE Z XU MD**
Department: **Physical Med Kens**

**Visit Summary**

**Visit Diagnoses**

**LOW BACK PAIN** - Primary

**Your Vitals Signs - Last Recorded**

| Blood Pressure | Weight |
|---|---|
| 148/86 | 208 lbs (94.348 kg) |

**Follow-Up and Patient Instructions**

**Patient Instructions**

take Relafen 1 tablet by mouth twice a day, maximum 2 grams a day. You should not skip any dose and take the medication for at least 2 weeks, instead of taking on as needed base.

## possible side effects of Relafen:

Get emergency medical help if you have any of these signs of an allergic reaction: hives; difficulty breathing; swelling of your face, lips, tongue, or throat. Stop taking Relafen and seek medical attention or call Kaiser if you have any of these serious side effects:

- chest pain, weakness, shortness of breath, slurred speech, problems with vision or balance;
- black, bloody, or tarry stools;
- coughing up blood or vomit that looks like coffee grounds;
- swelling or rapid weight gain;
- urinating less than usual or not at all;
- nausea, stomach pain, low fever, loss of appetite, dark urine, clay-colored stools, jaundice (yellowing of the skin or eyes);
- fever, sore throat, and headache with a severe blistering, peeling, and red skin rash; or
- bruising, severe tingling, numbness, pain, muscle weakness.

Keep taking Relafen and let me know if you have any of these less serious side effects:

- upset stomach, mild heartburn or stomach pain, diarrhea, constipation;
- bloating, gas;
- dizziness, headache, nervousness;
- skin itching or rash;
- blurred vision; or ringing in your ears.

Please make a MRI appointment.



For questions or concerns, please call the KP Call Center at 703 359 7878 or 800-777-7902. Press 4 when you hear the greeting, and a clerk will take your message and transmit it electronically to the Physical Medicine office.

**Medications and Orders**

**Medications Started This Visit**

**NABUMETONE 500 MG ORAL TAB**

**Orders Placed This Visit**

**MRI LUMBAR SPINE, WO CONTRAST**

Process Instructions:

Magnetic Resonance Imaging (MRI)
Magnetic Resonance Angiography (MRA)
* all body parts WITH Gadolinium

The following are general prep instructions. Please contact the scheduling centers for further specific instructions.

Please arrive 15 minutes prior to your scheduled exam time.

Please allow 60 minutes for your exam.

All Exams:
Two hours prior to you examination drink only clear liquids

Please inform your physician if you have any implanted prosthetics devices or stents.

Members with a defibrillator and or pacemaker are not a candidate for a MRI procedure

All members with a previous head surgery must be cleared for metallic clips prior to exam.
Please remove all metallic items,including jewelry, hairclips etc.

Head:
Please avoid using eye or facial make-up on the day of your exam since it may interfere with the results of the MRI

Sheet metal workers will require orbital x-rays to rule out possible metal particles.

Scheduling Instructions:

Scheduling Instructions for MRI Examinations

Scheduling your appointment:
Please call the Kaiser Permanente Imaging Services Scheduling Center after 48 hours to schedule your MRI exam. Appointments may be scheduled Monday through Friday, 8:30am to 5:00pm.

Regional Toll Free Number 877-439-4398

Please arrive at least 15 minutes prior to your scheduled appointment time.

The following centers provide MRI services:

The Imaging Center
8261 Willow Oaks Corporate Drive
Fairfax, VA 22031

Largo Medical Center
1221 Mercantile Lane
Largo, MD 20774

Woodlawn Medical Center
7141 Security Blvd
Baltimore, MD 21244

**If You Are Filling Prescriptions Today**

**For Kaiser Pharmacy Prescriptions:** Please make sure that you check-in at the Pharmacy where you wish to pick-up your prescriptions in order to have them filled.

**For Mail-Order Prescriptions:** If you requested to have your prescriptions routed to the mail-order pharmacy, please make sure to call 703-709-1810 or 800-733-6345 (option 2) to have your prescriptions sent to your home. Credit card numbers are not kept on file from previous orders by the mail order pharmacy.

**Future Appointments**

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 2/13/2008 10:30 AM | Jane Z (M.D.) Xu | Physical Med Kens | KENSINGTON |

**Are you signed up for KP.org yet?**

Do you want to see your lab results, message your doctor, or refill your prescriptions online? You can sign up anytime for yourself or your child(ren) under 13 years old at **kp.org**. Another option is to stop by our center administration office to obtain a temporary password today.

## Summary of Your Visit Today

**Thomas D Brown**
**2/20/2008 Office Visit**

Description: **55 year old male**
Provider: **DINESH JOSHI MD**
Department: **Internal Med West End**

**Visit Summary**

**Visit Diagnoses**

**ONYCHIA OF FINGER** - Primary
**DRY SKIN**

**Your Vitals Signs - Last Recorded**

| Blood Pressure | Temperature (Src) | Weight |
|---|---|---|
| 154/90 | 97 ° F (36.1 ° C) (Oral) | 202 lbs (91.627 kg) |

**Follow-Up and Patient Instructions**

**Schedule Return Appointment**

Disposition
Return in about 2 weeks (around 3/5/2008).

**Patient Instructions**

Kaiser Permanente is now offering a secure messaging feature on kp.org called Email Your Doctor. This lets you exchange secure and confidential messages with me. Additionally on this website you can see portions of your health record in order to better partner with me in managing your health care. If you are interested in accessing these new features, you should do the following:
1. Type www.kp.org into your web browser
2. Choose A MEMBER ... of Kaiser Permanente (first choice in blue) on the home page.
3. In the Select your region section, select an area in the drop down list, select Maryland/Virginia/Washington DC
4. At the top of the page to the right of the Kaiser Permanente logo, choose Sign on.
5. Choose Register now (by either selection it either under Your web profile or located above User ID box).
6. Fill out the requested information and then select continue. At this time you will create a logon id.
7. You will receive a PIN in the US Mail at your address in 3-7 days.
8. After you receive your PIN, go back into the kp.org website and sign on. You can change your PIN at that point.

Do mri
Get -mri back as rehab ordered
Pick up medication from pharmacy

Current outpatient prescriptions:
CEPHALEXIN 500 MG ORAL CAP
ALPHA KERI SHOWER-BATH TOP OIL

Current outpatient prescriptions:

CEPHALEXIN 500 MG ORAL CAP
ALPHA KERI SHOWER-BATH TOP OIL

METFORMIN 1,000 MG ORAL TAB
GLIPIZIDE 5 MG ORAL TAB

plendil 2.5 daily

**Medications and Orders**

**Medications Started This Visit**

**CEPHALEXIN 500 MG ORAL CAP**
**ALPHA KERI SHOWER-BATH TOP OIL**
**METFORMIN 1,000 MG ORAL TAB**
**GLIPIZIDE 5 MG ORAL TAB**
**FELODIPINE 2.5 MG ORAL 24HR SR TAB**

**Orders Placed This Visit**

**COLLECTON OF CAPILLARY BLOOD SPECIMEN**
**CBC WO DIFF**
**WBC DIFFERENTIAL, AUTOMATED**
**LIPID PANEL**
Process Instructions:
This test requires fasting. Do NOT eat or drink anything other than water 12 hours prior to blood being drawn.
**HEMOGLOBIN A1C**
**ALT, SERUM**
**CHEM 7 (NA, K, CL, CO2, BUN, R GLU, CREAT)**
**REFERRAL EDUCATOR, DIABETES**

**Referral Information**

Procedure
REFERRAL EDUCATOR, DIABETES [214871]

| Referral ID | Referred By | Referred To |
|---|---|---|
| 134124453 | JOSHI, DINESH (M.D.) | DIABETES SERV WEST END<br>2100 W. PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC 20037<br>Phone: 703-359-7878 |

| Authorized Visits | Status | Start Date | End Date |
|---|---|---|---|
| 1 | Authorized | 2/20/08 | 5/20/08 |

If the status of the referral listed above is AUTHORIZED, you may contact the Referred To provider to schedule your appointment. If the status is PENDING REVIEW, then the request is still being reviewed, and you will be notified by the ordering physician or the Healthcare team once a decision is made. If your status is DENIED, then you will receive a letter in the mail describing the basis for the decision and your appeal rights. If you have any questions, please call Member Services at 301-468-6000, or 1-800-777-7902 from outside the Washington DC Metro Area, or 301-879-6380 TTY.When scheduling an appointment for your specialty referral, a phone number should be listed in the REFERRED TO section. If the REFERRED TO section of your referral is missing a phone number, please call 703-359-7878 or 1-800-777-7904, press option 4, then option 3 to schedule an appointment.

**If You Are Filling Prescriptions Today**

**For Kaiser Pharmacy Prescriptions:** Please make sure that you check-in at the Pharmacy where you wish to pick-up your prescriptions in order to have them filled.

**For Mail-Order Prescriptions:** If you requested to have your prescriptions routed to the mail-order pharmacy, please make sure to call 703-709-1810 or 800-733-6345 (option 2) to have your prescriptions sent to your home. Credit card numbers are not kept on file from previous orders by the mail order pharmacy.

**Future Appointments**

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 2/26/2008 9:40 AM | Nicole (O.D.) Koba | Optometry West End | WEST END |
| 3/26/2008 3:00 PM | Mary L (L.N.) Farivari | Nutrition West End | WEST END |

**Are you signed up for KP.org yet?**

Do you want to see your lab results, message your doctor, or refill your prescriptions online? You can sign up anytime for yourself or your child(ren) under 13 years old at **kp.org**. Another option is to stop by our center administration office to obtain a temporary password today.

Itinerary Report for Brown,Thomas D [171056678] 2/13/2008-4/13/2008

| Date | Time | Information | Directions / Instructions |
|---|---|---|---|
| 2/13/08 | 10:30 am | PHYSICAL MED KENS for FOLLOW-UP with JANE Z XU MD | |
| | | Directions: | 10810 CONNECTICUT AVENUE<br>KENSINGTON, MARYLAND 20895 |
| 2/26/08 | 09:40 am | OPTOMETRY WEST END for Consult with NICOLE KOBA OD | |
| | | Directions: | 2100 W. PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20037 |
| 3/26/08 | 03:00 pm | NUTRITION WEST END for WEIGHT LOSS CLASS with MARY L FARIVARI LN | |
| | | Directions: | 2100 W. PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20037 |

## Summary of Your Visit Today

**Thomas D Brown**
**5/13/2008 Office Visit**

Description: **55 year old male**
Provider: **DINESH JOSHI MD**
Department: **Internal Med West End**

**Visit Summary**

**Visit Diagnoses**

**HYPERTENSION** - Primary

**Your Vitals Signs - Last Recorded**

| Blood Pressure | Temperature (Src) | Weight |
|---|---|---|
| 168/93 | 97.4 °F (36.3 °C) (Oral) | 199 lb (90.266 kg) |

**Follow-Up and Patient Instructions**

**Schedule Return Appointment**

Return in about 4 weeks (around 6/13/2008).

**Patient Instructions**

Kaiser Permanente is now offering a secure messaging feature on kp.org called Email Your Doctor. This lets you exchange secure and confidential messages with me. Additionally on this website you can see portions of your health record in order to better partner with me in managing your health care. If you are interested in accessing these new features, you should do the following:

1. Type www.kp.org into your web browser
2. Choose A MEMBER ... of Kaiser Permanente (first choice in blue) on the home page.
3. In the Select your region section, select an area in the drop down list, select Maryland/Virginia/Washington DC
4. At the top of the page to the right of the Kaiser Permanente logo, choose Sign on.
5. Choose Register now (by either selection it either under Your web profile or located above User ID box).
6. Fill out the requested information and then select continue. At this time you will create a logon id.
7. You will receive a PIN in the US Mail at your address in 3-7 days.
8. After you receive your PIN, go back into the kp.org website and sign on. You can change your PIN at that point.

**Medications and Orders**

**Medications Started This Visit**

**FELODIPINE 5 MG ORAL 24HR SR TAB**

**Orders Placed This Visit**

**COLLECTON OF CAPILLARY BLOOD SPECIMEN**

**If You Are Filling Prescriptions Today**

**For Kaiser Pharmacy Prescriptions:** Please make sure that you check-in at the Pharmacy where you wish to pick-up your prescriptions in order to have them filled.

**For Mail-Order Prescriptions:** If you requested to have your prescriptions routed to the mail-order pharmacy, please make sure to call 703-709-1810 or 800-733-6345 (option 2) to have your prescriptions sent to your home. Credit card numbers are not kept on file from previous orders by the mail order pharmacy.



KAISER PERMANENTE®

Mid-Atlantic Permanente Medical group, P.C.
Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.
2101 East Jefferson Street Rockville, MD 20852

5/13/2008

Thomas D Brown
3162 17th Street Nw
Washington, DC 20010

171056678

Thomas D Brown Is under my care for back , knee pain,had relapse on 5 9 08 unable to attend court appointment

Sincerely,

DINESH JOSHI MD
INTERNAL MED WEST END
2100 W. Pennsylvania Avenue Nw
Washington, DC 20037
Phone: 202-872-7000



These exercises will strengthen the muscles that support your knee. By doing them routinely you can assist in the rehabilitation of many common knee injuries.

Your physician or physical therapist will tell you how many times you should repeat each exercise (repetitions). In general, start with 10 repetitions of each exercise once a day, and gradually increase to three times a day.

You may experience a small amount of muscle soreness that goes away when you complete the exercise. However, do not perform any exercises that increase your discomfort at the knee.

Use ice packs for any increase in pain or swelling. If the discomfort continues, contact your medical advice nurse.

With leg straight, tighten your upper thigh muscle as much as possible. The knee will flatten and knee cap will move slightly upward. Hold five seconds while continuing to tighten even more. Pause before next repetition.



Repeat for ____repetitions____Sets*____times per day

Place two rolled bath towels under the affected knee and straighten the leg. Hold for five seconds, then slowly return to starting position.



Repeat for____repetitions____Sets*____times per day

*continued*



Keeping opposite leg bent, slowly lift affected leg up to about 45 degrees while keeping foot relaxed. Hold for five seconds, then lower leg slowly. Pause before next repetition.



Repeat for____repetitions____Sets*____times per day

Lie on unaffected side with knee bent. Leading with your heel, raise top leg keeping knee straight and foot relaxed. Hold for five seconds, then lower leg slowly.



Repeat for ____repetitions___Sets*____times per day

Lie face down. Raise affected leg with knee straight while keeping foot relaxed. Hold for five seconds, then lower leg slowly.



Repeat for____repetitions____Sets*____times per day

Lie face down. Bend knee as far as possible, then lower leg and relax.



Repeat for____repetitions____Sets*____times per day

** For use by Physical Therapy Department*

**Call Kaiser Permanente Medical Advice**

- Talk to your medical advice nurse 24 hours a day, 7 days a week by calling (703) 359-7878 or 1-800-777-7904. TTY: (703) 359-7616 or 1-800-700-4901.

*The information presented here is not intended to diagnose health problems or to take the place of professional medical care. If you have persistent medical problems, or if you have further questions, please consult your personal physician or a member of your health care team.*




0001-8746
Revised/reprinted 03/06

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

**THOMAS D. BROWN, SR.,** )
**3162 17TH STREET N.W.**
**WASHINGTON, D. C. 20010-2748**
:
**PLAINTIFF,** **CASE NUMBER: 07-CV0509 (JMF)**

**VS.** )

**HENRY M. PAULSON, JR., SECRETARY OF THE** :
**UNIITED STATES DEPARTMENT OF TREAUSURY**

**DEFENDANT.**
_____________________________________________ )

**COURT ORDER**

Upon consideration of Plaintiff's Motion/To Set/Reset Settlement Conference date, and conducting Discovery by Amending this Complaint to File Answer or Otherwise Respond to Defendant's answer, it is on this________________day of ________________, 2008,

ORDERED that Plaintiff's Motion for Rescheduling of the Settlement Conference date, and conducting Discovery by Amending of his Complaints to File Answer or Otherwise Respond to Defendant's USDA Answer be and is hereby GRANTED.

It is further ORDERED that Plaintiff shall submit an Answer or otherwise respond to Defendant's Answer by end of the Discovery period of June 2, 2008.

SO ORDERED BY JUDGE:

_______________________________________
United States District Judge

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**THOMAS D. BROWN, SR.,** )
**3162 17TH STREET N.W.**
**WASHINGTON, D. C. 20010-2748**
:
**PLAINTIFF,** **CASE NUMBER: 07-CV0509 (RMU)**

**VS.** )

**HENRY M. PAULSON, JR., SECRETARY OF THE** :
**UNIITED STATES DEPARTMENT OF TREAUSURY**

**DEFENDANT.**
)

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

Comes now the "Plaintiff" hereinafter referred to as (The Plaintiff) pursuant to 5 C.F.R. Section 120172 ( c ) and requests that the Agency and or its representative produce the following requests for Production of Documents. This request for production of documents is considered to be continuing in nature and are to be answered by you within 20 days of receipt thereof as stated in the Acknowledgment Order of the Merit Systems Protection Board. The Plaintiff requests that the Agency answer, produce the dockets requested in accordance with the provisions of the applicable Rules of Discovery as stated in the Code of Federal Regulations.

These Requests for Production of Documents are to be considered continuing nature and are to be seasonally renewed from time to time as may be required from as this situation permits whatever, information, knowledge, or belief he now has concerning the unanswered portions. If the Please take notice that you are required to answer each interrogatory separately in writing and under oath and to serve a copy of your answers upon counsel for the Plaintiff with thirty days after service of these interrogatories upon you.

II

If the Agency claims any privilege as to any facts or documents, please state the basis of the privilege and identify specifically the time; place, and all participants in any privileged conversations and the title, author, recipients, and general subject of all privileged documents.

**DEFINITIONS**

1. "Document" or "Documents" means the original or any copy regardless of location, of any writing or record of any tapes or description, including but not limited a, books, pamphlets, periodicals, letters, memoranda, telegrams, reports, records, minutes, inter-office or intra-office communications, handwritten or other notes, papers, applications, tapes, discs, recordings, or any other written, printed, typewritten, recorded, transcribed, filed, or graphic matter, however produced or reproduced, to which Agency has or has had access.

2. "Identify" means, when used in reference to:

(a) full name;

(b) present or last known home and business address (including street number and name, city or town, state, and zip code) and telephone number; and

(c) present or last known employer, position, job title, and job description.

III

## GENERAL INSTRUCTIONS

Each of the following Request for Production is intended to be continuing nature and the Plaintiff demands that the Defendant promptly and seasonally amend his answers to these interrogatories if at any later date it obtains any additional facts or obtains or makes any assumptions or contentions, or reasons, any conclusions, or makes any conclusions or opinions that are different form those provided in the answers to these interrogatories. Amended answers should set forth fully such different facts, assumptions, conclusions, opinions, or contentions.

Whenever, a Request for Production of Documents requests identification of a document no longer in the Defendant's possession, custody, or control, the answer should state, with respect to each particular document; when the document was most recently in Agency's possession, custody or control, the disposition made of the document, and the identity of the person currently in possession of such document. If the document has been destroyed, the Agency should state the reason for the destruction, the identity of the person who destroyed the document, and the identity of the person who directed that the document be destroyed.

In answering these interrogatories, Agency must furnish all information that is known to him or his agents, employees, and attorneys. If any of these interrogatories cannot be answer in full, or if Agency objects to some part of the interrogatory, the Agency, must furnish all information that is known to him or his agents, employees, and attorneys. If any of these interrogatories cannot be answered in full, or if Agency objects to some part of the interrogatory, Agency must answer them to fullest extent possible, specifying the reasons for its inability or refusal to answer the remainder and stating

IV.

**REQUEST FOR PRODUCTION OF DOCUMENTS REQUEST NO.1**

Please provide a copy of Plaintiff's complete Official personnel folder; please provide any and all exhibits and Medical documentation from the agency decision.

**REQUEST NO. 2**

Please provide a copy of any and all documents relating to the Notice of Proposed Removal dated May 5, 2004, chronic back pain Disability and for time attendance fraud.

**REQUEST NO.3**

Please provide a copy of any and all documents which supported the determination to remove the Plaintiff from the position of Photo Engraver in the Office of Engraving WE - 4425 level II for not providing and producing Medical documentation

**REQUEST NO.4**

Please provide a copy of any and all documents which support the statements in Charge Number 1, November 20, 03, 2004 Performance Appraisal and the mid-year performance rating.

**REQUEST NO. 5**

Please provide a copy of any and all of the personnel regulations and or manual for denial of the December 5, 2003 request for reasonable accommodations for his medical condition. Before and after the Plaintiff's medical injuries from 1996 thru 2005work related injuries.

**REQUEST NO.6**

Please provide a copy of any and all documents relating to Charge 3, the Agency's charged the Plaintiff of December 11, 2003, and December 15, 2003 for an unofficial AWOL by his supervisor.

**REQUEST NO.7**

Please provide a copy of any and all documents and or regulations governing or Relating to the agency's claim relating to the letter of warning for the AWOL February 4, 2002 and January 13, 2004 from his supervisor in charge 4 of the Agency decision.

**REQUEST NO.8**

Please provide a copy of any and all documents and regulations governing or relating to the agency's claim that the Plaintiff had CONTACTED Management and the office of EEO on January 13, 2004, along with shop delegate notes by Phillip Powell and notes from the meetings.

**REQUEST NO.9**

Please provide a copy of any and all documents and or regulations which supported the agency's decision to harassed and retaliated on the Plaintiff by permitting unwelcome and unwanted behavior/conduct by Ms. Marjorie Freeman, January 13, 2004 by violating the BEP Manual, table of Offence(s).

**REQUEST NO.10**

Please provide a copy of any and all documents relating to the Agency's policy concerning the Plaintiff request for training denied and accommodating on February 17, 2004. This training request includes, but not limited, to the EEO Investigator's Investigation on Caucasian, (White) Employees and (Black) African Americans Black employees.

**REQUEST NO.11**

Please provide a copy of any and all documents relating to the Agency's policy Concerning light and limited duties, since 1996-2005 by not reasonable accommodating Plaintiff's Disability.

**REQUEST NO.12**

Please provide a copy of any and all documents which would support the Agency's decision to harassment and retaliate on the Plaintiff. On March 3, 2004, and in December of 2003 when Plaintiff was subjected to harassment and retaliation by his

Supervisor fo[illegible]t completing a job assignment, and [illegible] form 8519 date March 19, 2004, Also, on or around January 23, 2002 and February of 2003 on his disability of Low Back Lumbar Strain High blood Pressure, Sugar Diabetes, Low Back Pain, Physical and Mental Stress/Duress.

**REQUEST NO.13**

Please provide a copy of any and all documents which would support the agency's directive that the proper doctor to evaluate the Plaintiff's vision was Dr. Collins.

**REQUEST NO.14**

Please provide a copy of any and all documents which would support the reason for requiring the Plaintiff to submit to a Fitness for Duty Examination.

**REQUEST NO.15**

Please provide any and all doctors' reports which would support the determination to require the Plaintiff to submit to a fitness for duty examination.

**REQUEST NO. 16**

Please provide any and all documents which would support the Agency decision to Contra-verse Plaintiff's Disability Claim on or around 2-14-2003 and the manager responsible for authorizing this unfair labor action.

Respectfully submitted

Date: May 14, 2008

Thomas D. Brown, Sr., (IPS), Acting Pro-se
Independent Paralegal Specialist
Disable and Retired, Photoengraver
3162 17th Street NW
Washington, 20010
(202) 627-3419
(301) 237-1590