UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. BROWN, SR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action 07-0509 (RMU) |
| HENRY M. PAULSON, JR., Secretary, Department of the Treasury, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO FILE EXHIBIT F TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MAY 6, 2008 MOTION UNDER SEAL**

Pursuant to Local Civil Rule 5.1, Defendant Henry M. Paulson, Jr., Secretary, Department of the Treasury, by and through the undersigned counsel, respectfully submits this Motion to File Exhibit F to Defendant's Response to Plaintiff's May 6, 2008 Motion Under Seal (the "Motion"). At approximately 2:15 p.m. on May 20, 2008, the undersigned counsel left Plaintiff a voicemail message inquiring whether Plaintiff would oppose this Motion. At approximately 10:30 a.m. on May 21, 2008, Plaintiff called the undersigned counsel and informed the undersigned counsel that he objects to this Motion. Plaintiff did not provide a reason for his objection.[1]

On May 19, 2008, Defendant filed its Response to Plaintiff's May 6, 2008 Motion (the "Response"). In that Response, Defendant argued that Plaintiff should not be permitted to amend his Complaint to add a claim relating to his June 17, 2004 termination because, <u>inter alia</u>,

---

[1] During the May 21, 2008 telephone conversation, Plaintiff stated that he would call the undersigned counsel back later that same day. The undersigned counsel did not file this Motion on May 21, 2008 because he was waiting for Plaintiff to call him back so that they could discuss Plaintiff's objection to this Motion. As of the time of this filing, Plaintiff has not called the undersigned counsel back.

Plaintiff and Defendant had previously entered into a Settlement Agreement pursuant to which Plaintiff agreed to release Defendant from any and all claims relating to his termination. To support its argument, Defendant cited specific paragraphs of the Settlement Agreement, which it identified in its pleading as Exhibit F. (See Docket No. 35 at 5 (citing ¶¶5, 9 of Exhibit F).) However, Defendant did not electronically file the Settlement Agreement with its Response because the Settlement Agreement contains a provision providing that its specific terms are to be treated as confidential. Defendant recognizes that this Court may wish to refer to the Settlement Agreement in evaluating Defendant's Response to Plaintiff's May 6, 2008 Motion. Thus, Defendant is now filing the instant Motion to file the Settlement Agreement under seal.

Defendant will file with the Clerk of this Court and serve upon Plaintiff a copy of the instant Motion with the Settlement Agreement attached thereto. In addition, Defendant will electronically file a copy of the instant Motion without the Settlement Agreement.

Dated: May 22, 2008                     Respectfully submitted,

         /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

         /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

         /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

Of Counsel:

Nichole Jenkins Washington
Office of the Chief Counsel
Department of the Treasury
Bureau Of Engraving and Printing

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2008, I caused a copy of the foregoing to be served upon Plaintiff via the Court's ECF system and via first class mail, postage prepaid, addressed as follows:

THOMAS D. BROWN, SR.,  
3162 17th Street, N.W.  
Washington, DC  20010-2748

                                                   /s/  
                                      Christopher B. Harwood

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. BROWN, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action 07-0509 (RMU) |
| | ) |
| HENRY M. PAULSON, JR., Secretary, | ) |
| Department of the Treasury, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

Having considered Defendant's Motion to File Exhibit F to Defendant's Response to Plaintiff's May 6, 2008 Motion Under Seal (the "Motion to File Under Seal"), and the entire record herein, it is this _____ day of _____, 2008, hereby

ORDERED that the Motion to File Under Seal is GRANTED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:  ECF Counsel