UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS D. BROWN, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 07-0509 (RMU) |
| ) | |
| HENRY M. PAULSON, JR., Secretary, ) | **FILED** |
| Department of the Treasury, ) | |
| ) | MAY 3 0 2008 |
| Defendant. ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
|  | U.S. DISTRICT COURT |

## ORDER

Having considered Defendant's Motion to File Exhibit F to Defendant's Response to Plaintiff's May 6, 2008 Motion Under Seal (the "Motion to File Under Seal"), and the entire record herein, it is this 30th day of May, 2008, hereby

ORDERED that the Motion to File Under Seal is GRANTED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel