**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Thomas D. Brown, Sr., | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:     07-0509 (RMU) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Henry M. Paulson, Jr., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Pursuant to the discussion in open court on June 24, 2008, it is

**ORDERED** that defendant's motion to enlarge the time to complete discovery [Dkt. No. 38] is **GRANTED**.  Plaintiff shall appear at the Office of the United States Attorney for the District of Columbia for the taking of his deposition on July 3, 2008, at 10 a.m., at which time plaintiff shall also produce his written responses to defendant's written discovery requests and defendant shall produce plaintiff's personnel folder.  It is further

**ORDERED** that plaintiff's motion to reschedule the settlement conference [Dkt. No. 34] is **GRANTED**.  The parties shall appear before Magistrate Judge Facciola on July 15, 2008, at 2 p.m.  It is further

**ORDERED** that the scheduling order is amended as follows:

Dispositive motions are due by August 11, 2008.

Oppositions are due by September 11, 2008.

Replies are due by October 1, 2008.  It is further

ORDERED that the parties shall appear <u>in person</u> before the undersigned judge for a

status conference on August 19, 2008, at 2 p.m.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge

Date:   June 24, 2008