UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. BROWN, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 07-0509 (RMU) |
| ) | |
| HENRY M. PAULSON, JR., Secretary, ) | |
| Department of the Treasury, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXTEND THE DEADLINE FOR THE FILING OF
DEFENDANT'S DISPOSITIVE MOTION**

Defendant Henry M. Paulson, Jr., Secretary, Department of the Treasury, by and through the undersigned counsel, respectfully moves this Court to extend the date by which Defendant is to file his dispositive motion by two days, from August 11, 2008 to August 13, 2008. As discussed below, there is good cause to grant this motion. Pursuant to Local Civil Rule 7(m), on August 5, 2008 (at approximately 11:45 a.m.), the last undersigned counsel (the "AUSA") tried to contact Plaintiff by telephone to see whether he would consent to the relief requested herein. However, the cell phone number that Plaintiff had previously provided to the AUSA was not in service. The AUSA then emailed Plaintiff (at approximately 12:00 p.m.) to see whether he would consent to the relief requested herein. As of the time of this filing, Plaintiff had not responded to that email.

Last Saturday, August 2, 2008, the AUSA got a bad case of food poisoning and has not yet recovered. The AUSA expects that he will soon be back at full strength. However, due to the food poisoning and his other impending deadlines, the AUSA is concerned that he may not be able to complete his work on Defendant's dispositive motion by this Monday, August 11,

2008. Thus, in an abundance of caution, the AUSA is requesting that Defendant's deadline for his dispositive motion be extended by two days, to August 13, 2008. If this Court were to grant this motion, Defendant respectfully suggests that it also extend the deadline for Plaintiff's opposition brief and for Defendant's reply brief by two days, to September 15, 2008 and October 3, 2008, respectively. A proposed Order consistent with this motion is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

Of Counsel:

Nichole Jenkins Washington
Office of the Chief Counsel
Department of the Treasury
Bureau Of Engraving and Printing

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 5, 2008, I caused a copy of the foregoing to be served upon Plaintiff via the Court's ECF system and via first class mail, postage prepaid, addressed as follows:

THOMAS D. BROWN, SR.,
3162 17th Street, N.W.
Washington, DC  20010-2748

                                                         /s/
                                      Christopher B. Harwood

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. BROWN, SR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action 07-0509 (RMU) |
| HENRY M. PAULSON, JR., Secretary, Department of the Treasury, | ) |
| Defendant. | ) |

**ORDER**

Having considered Defendant's Motion to Extend the Deadline for the Filing of Defendant's Dispositive Motion (Defendant's "Motion to Extend"), and the entire record herein, it is this _____ day of _____, 2008:

ORDERED that Defendant's Motion to Extend is hereby GRANTED; and it is

FURTHER ORDERED that Defendant's dispositive motion is to be filed by August 13, 2008, Plaintiff's opposition is to be filed by September 15, 2008 and Defendant's reply is to be filed by October 3, 2008.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:

ECF Counsel

Thomas D. Brown, Sr.
3162 17th Street, N.W.
Washington, D.C. 20010-2748